IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| LAKSHMANAN PONNAYAN ACHARI, et al.,<br><br>                                              Plaintiffs,<br><br>v.<br><br>SIGNAL INTERNATIONAL, LLC, et al.,<br><br>                                              Defendants. | Civ. No. 1:13-CV-00222-LG-JMR |

**PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS
SIGNAL INTERNATIONAL, LLC'S AND SIGNAL INTERNATIONAL, INC.'S
MOTIONS TO TRANSFER AND TO DISMISS**

Plaintiffs in the above-titled action file this Response in Opposition to Defendants Signal International, LLC's and Signal International, Inc.'s Motions to Transfer and to Dismiss.

For the reasons set forth in Plaintiffs' concurrently filed Memorandum of Law in Opposition to Defendants Signal International, LLC's and Signal International, Inc.'s Motions to Transfer and to Dismiss, the motions should be denied.  In support of its Response in Opposition, Plaintiffs attach the following exhibits:

**Exhibit A** – true and correct excerpt of the original Complaint filed in *David v. Signal International, LLC*, Case No. 08-cv-01220 (E.D. La. Mar. 7, 2008) (Doc No. 1).

**Exhibit B** – true and correct copy of the Memorandum of Signal International, LLC in Opposition to Plaintiffs' Motion for Class Certification, filed in *David v. Signal International, LLC*, Case No. 08-cv-01220 (E.D. La. Feb. 1, 2011) (Doc. No. 997).

**Exhibit C** – true and correct excerpt of the Third Amended Complaint filed in *David v. Signal International, LLC*, Case No. 08-cv-01220 (E.D. La. Sept. 21, 2012) (Doc. No. 1224).

**Exhibit D** – true and correct copy of Michael Pol and Global Resources, Inc.'s Memorandum in Support of Motion to Dismiss for Lack of Personal Jurisdiction, Improper Venue, and Failure to Plead Fraud with Particularity, filed in *David v. Signal International, LLC*, Case No. 08-cv-01220 (E.D. La. May 19, 2008) (Doc. No. 66).

**Exhibit E** – true and correct copy of Sachin Dewan and Dewan Consultants Pvt. Ltd.'s Memorandum in Support of Motion to Dismiss for Lack of Personal Jurisdiction, filed in *David v. Signal International, LLC*, Case No. 08-cv-01220 (E.D. La. Aug. 19, 2008) (Doc. No. 146-2).

**Exhibit F** – true and correct copy of the Eastern District of Louisiana's Order denying the motions to dismiss filed by, *inter alia*, Michael Pol, Global Resources, Inc., Sachin Dewan, Dewan Consultants Pvt. Ltd. in *David v. Signal International, LLC*, Case No. 08-cv-01220 (E.D. La. Dec. 5, 2008) (Doc. No. 288).

**Exhibit G** – true and correct copy of this Court's order granting transfer in *EEOC v. Signal Int'l LLC*, Case No. 11-cv-00179 (S.D. Miss. Feb. 29, 2012) (Doc. No. 52).

**Exhibit H** – true and correct copy of Signal International, LLC's Memorandum in Support of Motion for Partial Stay of Proceedings regarding Fair Labor Standard Act claims, filed in *David v. Signal International, LLC*, Case No. 08-cv-01220 (E.D. La. Oct. 28, 2008) (Doc. No. 230-1).

Wherefore, Plaintiffs respectfully request that the Court deny Signal International, LLC's and Signal International, Inc.'s Motions to Transfer and to Dismiss in their entirety.

Dated: July 29, 2013

Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/ H. Gregory Baker

Miles N. Ruthberg, *pro hac vice*
Benton J. Campbell, *pro hac vice*
Christopher Harris, *pro hac vice*
H. Gregory Baker, *pro hac vice*
Jennifer Greenberg, *pro hac vice*
Daniel D. Adams, *pro hac vice*
Elizabeth C. Rowland, *pro hac vice* to be filed
Aaron M. Safane, *pro hac vice* to be filed
885 Third Avenue
New York, New York 10022
Tel:  (212) 906-1200
Fax: (212) 751-4864
E-mail: miles.ruthberg@lw.com
E-mail: benton.campbell@lw.com
E-mail: christopher.harris@lw.com
E-mail: gregory.baker@lw.com
E-mail: jennifer.greenberg@lw.com
E-mail: daniel.adams@lw.com
E-mail: elizabeth.rowland@lw.com
E-mail: aaron.safane@lw.com

MCDUFF & BYRD
Robert B. McDuff, MS Bar No. 2532
Sibyl C. Byrd, MS Bar No. 100601
Jacob W. Howard, MS Bar No. 103256
767 North Congress Street
Jackson, Mississippi 39202
Tel: (601) 969-0802
Fax: (601) 969-0804
E-mail: rbm@mcdufflaw.com
E-mail: scb@mcdufflaw.com
E-mail: jake@mcdufflaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2013, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of an electronic filing to all CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to non-CM/ ECF participants.

_/s/ H. Gregory Baker_

H. Gregory Baker, *pro hac vice*
