IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

LAKSHMANAN PONNAYAN ACHARI, et al.,

Plaintiffs,

v.

Civ. No. 1:13-CV-00222-LG-JMR

SIGNAL INTERNATIONAL, LLC, et al.,

Defendants.

**MEMORANDUM OF LAW IN SUPPORT OF THE MOTION OF PLAINTIFFS FIRST
NAMED IN THE AMENDED COMPLAINT TO DISMISS WITHOUT PREJUDICE
THEIR CLAIMS AGAINST DEFENDANT MICHAEL POL**

On May 21, 2013, thirty-three plaintiffs[1] filed a complaint (the "Complaint") alleging

several causes of action against Defendants Signal International, LLC, Signal International, Inc.,

Malvern C. Burnett, the Law Offices of Malvern C. Burnett, Gulf Coast Immigration Law

Center, LLC, Sachin Dewan, Dewan Consultants Pvt. Ltd., Michael Pol, and Global Resources

Inc., arising from Defendants' fraudulent manipulation and trafficking of plaintiffs to work in

abhorrent conditions at Signal International, LLC's and Signal International, Inc.'s Pascagoula

facility.  Doc. No. 1.  After the Complaint was filed, plaintiffs' counsel received numerous

referrals for new clients who wished to join the action against Defendants.  Plaintiffs' counsel

filed an amended complaint (the "Amended Complaint") as a matter of course on August 1,

---

[1]     Lakshmanan Ponnayan Achari, Kodakeril Baby Biji, Xavier Disoliyan, Rajankunju Geevarghese, Jomon
George, Shaiju Vadakkal George, Mouleswararao Guntamukkala, Joy Jacob, Biju John, Shibu Joseph,
Raveendranathan Mookaparambil Itty, Sunilkumar Marottikkal Kuttan, Parshottam Ramchandra Mangani, Prakash
Moses Kanagiah Manonmoni, Adharsan Manuel, Jacob Mazhukkattu Mathew, Johny Mathew, Nandhakumar
Nagaraj, Shaji Veluthalakuzhiyil Nanoo, Mangalan Chandrasekharan Pillai, Radhakrishna Pillai Sivarama Pillai,
Aby Molathu Poulose, Justin Poulose, Appunni Arul Prakash, Sreenivasarao Raparthy, Balwinder Singh, Ranjit
Singh, Shanmugam Subramanian, Ninan John Tharakan, George Pulikkeparambil Varghese, Benny Kattukariyil
Varkey, Shahi Vijayan, and John Yohannan (collectively, the "Original Plaintiffs").

2013, adding fourteen new plaintiffs to the action—Varghese Varkey Abraham, Subhashithan

Bahuleyan, Praveen Kulathum Muriyil Gopalakrishnan, Eldose Isac, Thansilas Joseph, Kulath

Somanathan Kalayam, Bhaskaran Sreedharan Kutty, Nibu Raju, Savinder Singh, Kittayi Sunil

Kumar Therattil, Moni Panikulangara Thomas, Thenooran Kumaran Unnikrishnan, Benny

Chittilappilly Vareed, and the Estate of Kuliyanickal Paily Varghese (collectively, the "Amended

Plaintiffs"). Doc. No. 26. The Amended Complaint did not assert new causes of action against

any Defendant. *Id.*

Defendant Michael Pol filed a petition for Chapter 7 bankruptcy on June 13, 2013, prior

to the filing of the Amended Complaint. By virtue of the bankruptcy proceeding, claims against

him are stayed pursuant to 11 U.S.C. § 362(a). See Notice of Chapter 7 Bankruptcy Case

(Exhibit A to the accompanying Motion). To the extent that the Amended Plaintiffs assert new

claims against Pol that could have been brought prior to the commencement of his Chapter 7

bankruptcy proceeding and were not asserted in the original Complaint, such claims may be

subject to the automatic stay. The Amended Plaintiffs thus respectfully request a Court order

dismissing their claims against Defendant Pol *nunc pro tunc* to August 1, 2013, the date the

Amended Complaint was filed.[2] Given the short period of time that has elapsed since the filing

of the Amended Complaint and the lack of any further filings requiring Pol's response, the filing

of the Amended Complaint has not resulted in prejudice to Pol or any other Defendant.

WHEREFORE, the Amended Plaintiffs respectfully request that the Court dismiss

without prejudice their claims against Pol *nunc pro tunc* to August 1, 2013, and grant such

further relief as may be just and proper.

---

[2]      Because the Original Plaintiffs' claims were filed prior to Pol's bankruptcy, the Original Plaintiffs do not
seek dismissal of their claims against Pol. *See In re Gronczewski*, 444 B.R. 526, 530 (Bankr. E.D. Pa. 2011)
(finding that filing an amended complaint after a debtor-defendant files for bankruptcy does not violate the
automatic stay where it merely restates existing claims against the debtor-defendant).

Dated: August 27, 2013                    Respectfully submitted,


                                          LATHAM & WATKINS LLP

                                          By: *s/ H. Gregory Baker*

                                          H. Gregory Baker, *pro hac vice*
                                          Miles N. Ruthberg, *pro hac vice*
                                          Benton J. Campbell, *pro hac vice*
                                          Christopher Harris, *pro hac vice*
                                          Jennifer Greenberg, *pro hac vice*
                                          Daniel D. Adams, *pro hac vice*
                                          Elizabeth C. Rowland, *pro hac vice* to be filed
                                          Aaron M. Safane, *pro hac vice* to be filed
                                          885 Third Avenue
                                          New York, New York 10022
                                          Tel:  (212) 906-1200
                                          Fax: (212) 751-4864
                                          E-mail: miles.ruthberg@lw.com
                                          E-mail: benton.campbell@lw.com
                                          E-mail: christopher.harris@lw.com
                                          E-mail: gregory.baker@lw.com
                                          E-mail: jennifer.greenberg@lw.com
                                          E-mail: daniel.adams@lw.com
                                          E-mail: elizabeth.rowland@lw.com
                                          E-mail: aaron.safane@lw.com


                                          MCDUFF & BYRD

                                          By: *s/ Robert B. McDuff*

                                          Robert B. McDuff, MS Bar No. 2532
                                          Sibyl C. Byrd, MS Bar No. 100601
                                          Jacob W. Howard, MS Bar No. 103256
                                          767 North Congress Street
                                          Jackson, Mississippi 39202
                                          Tel: (601) 969-0802
                                          Fax: (601) 969-0804
                                          E-mail: rbm@mcdufflaw.com
                                          E-mail: scb@mcdufflaw.com
                                          E-mail: jake@mcdufflaw.com

                                          *Attorneys for the Amended Plaintiffs*

3

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2013, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of an electronic filing to all CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to non-CM/ECF participants.

*s/ H. Gregory Baker* _____

H. Gregory Baker, *pro hac vice*
