UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| VARGHESE KURISINKAL DEVASSY et al | 1:13 cv222 LG-JMR PLAINTIFFS |
| VERSUS | CIVIL ACTION NO. 1:13CV327-HSO-RHW |
| SIGNAL INTERNATIONAL, LLC et al | DEFENDANTS |

## ORDER CONSOLIDATING CASES

This matter is before the Court *sua sponte*. The undersigned conducted a telephone conference on October 15, 2013, at which time, the parties agreed that the above-captioned matter should be consolidated with *Achari v. Signal International, LLC*, Civil Action No. 1:13cv222-LG-JMR, and that *Achari* should be designated as the lead case. The purpose of consolidation is to allow the same judge to decide the transfer issues pending in these matters. Plaintiff's counsel advised that although Plaintiffs agree to the consolidation for deciding the transfer issue, there are factual differences between the two cases that may impact the issue of transfer.

IT IS THEREFORE ORDERED AND ADJUDGED that Civil Action No. 1:13cv327 shall be consolidated with Civil Action No. 1:13cv222, and that *Achari v. Signal International, LLC*, Civil Action No. 1:13cv222-LG-JMR shall serve as the lead case with *Devassy v. Signal International, LLC*, 1:13cv327-HSO-RHW designated as a member case. All subsequent pleadings relating to either cause of action should be filed in the lead case only.

SO ORDERED, this the 17th day of October, 2013.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE