UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VARGHESE KURISINKAL DEVASSY, GEORGE CHACKO EDAVAZHICKAL, PRASAD KUNJU KUNJU, AMPATTU VARUGHESE MATHEW, ANTONY SAJAN OOTTUPARAMBIL MICHAEL, SIVAN RAGHAVAN, VIJAYANAIR SANKARAPILLAI, ANIL SCARIA, MANDEEP SINGH, JOHN MALAKARAN THOMAS, SAJU CHRISTY VALLARIAN, ISAAC WILSON VAZHIKUDILIL, BENNY YOHANNAN,<br><br>             Plaintiffs,<br><br>v.<br><br>SIGNAL INTERNATIONAL, LLC, SIGNAL INTERNATIONAL, INC., MALVERN C. BURNETT, LAW OFFICES OF MALVERN C. BURNETT, A.P.C., GULF COAST IMMIGRATION LAW CENTER, LLC, INDO-AMERISOFT LLC, KURELLA SADA SIVA RAO, MICHAEL POL, GLOBAL RESOURCES, INC., SACHIN DEWAN, and DEWAN CONSULTANTS PVT. LTD. (aka MEDTECH CONSULTANTS),<br><br>             Defendants. | Case No.: 2:13-cv-06221 SM-DEK |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT MICHAEL POL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(A)**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs Varghese Kurisinkal Devassy, George Chacko Edavazhickal, Prasad Kunju Kunju, Ampattu Varughese Mathew, Antony Sajan Oottuparambil Michael, Sivan Raghavan, Vijayanair Sankarapillai, Anil Scaria, Mandeep Singh, John Malakaran Thomas, Saju Christy Vallarian, Isaac Wilson Vazhikudilil, and Benny Yohannan, through undersigned counsel, hereby give notice of the dismissal without prejudice of Defendant Michael Pol from the above-captioned matter.  In support of this Notice, Plaintiffs represent that Defendant Pol has not been served with an individual summons and has not filed or served an answer or a motion for summary judgment in the above-captioned matter.  Plaintiffs note that this Notice does not apply to the remaining defendants.

1857355

Dated: November 6, 2013

Respectfully submitted,

By: *A. Gregory Grimsal*

A. Gregory Grimsal (#06332)
Steven W. Copley (#16869)
GORDON ARATA MCCOLLAM
DUPLANTIS & EAGAN LLC
201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana 70170-4000
Telephone: (504) 569-1834
Email: ggrimsal@gordonarata.com

*Attorneys for Plaintiffs*

Robert Fabrikant, *pro hac vice* to be filed
Stephen T. Raptis, *pro hac vice* to be filed
Michael Bhargava, *pro hac vice* to be filed
Daniele J. Capasso, *pro hac vice* to be filed
Jeremy R. Lacks, *pro hac vice* to be filed
Andrew Case, *pro hac vice* to be filed
MANATT, PHELPS & PHILLIPS, LLP
700 12th Street, NW, Suite 1100
Washington, DC 20005
Telephone:  (202) 585-6500
Fax: (202) 585-6600
Email: rfabrikant@manatt.com
Email: sraptis@manatt.com
Email: mbhargava@manatt.com
Email: dcaprasso@manatt.com
Email: jlacks@manatt.com
Email: acase@manatt.com

## CERTIFICATE OF SERVICE

I certify that, on this 6th day of November, 2013, a copy of the foregoing Notice of Dismissal was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

　　　　　　　　　　　　　　　　　　　　 */s/  A. Gregory Grimsal*
　　　　　　　　　　　　　　　　　　　　　　A. Gregory Grimsal

-2-