UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED DEC 3 1 2013
WILLIAM W. BLEVINS
CLERK

SABU PUTHUKKUTTUMLVEEDE KRISHNAKUTTY

And

THAMPY PUTHAMPARAMBIL EDICULA

Ref: 13-6218 E(3)

Civil Action No. 2:13-CV-06220 E (3)

Plaintiff(s)

v.

SIGNAL INTERNATIONAL, LLC, ET A

*Answer to Complaint*

SUMMONS IN A CIVIL ACTION

TO, Defendant: KURELLA RAO

#6 ISLA ROAD, UNITY ZONE

DANGRIGA, BELIZE C.A

A LAW SUIT HAS BEEN FILED AGAINST ME AND SUMMONS HAVE BEEN SERVED DURING 3rd, WEEK OF DECEMBER, 2013.

I WAIVED MY RIGHT TO RECEIVE SUMMONS IN LATE NOVMBER, 2013. SIGNED WAIVER FORM WAS FAXED TO MR. SEBORIUN, PLAINTIFF'S ATTORNEY. SIGNED WAIVER FORM IS ATTACHED.

I HAVE BEEN WRONGFULLY INVOLVED IN THE SAID LAW SUIT. I DID NOT RECRUIT ANY WORKER AND /OR WORKERS TO SIGNAL INTERNATIONAL, LLC.

I SUBMITTED ALL AVAILABLE AND RELAVENT INFORMATION DURING THE CLASS ACTION LAW SUIT DISCOVERY STAGE AND I DID PARTICIPATE IN THE DEPOSITION.

INDO AMERISOFT, LLC WAS DISSOLVED IN, OCTOBER, 2008 DUE TO NONFUNCTIONAL NATURE.

Dated: 12-31-2013.

12/31/2013

KURELLA RAO

#6, ISLA ROAD, UNITY ZONE, DNAGRIGA, BELIZE, C.A

— 1 —

2

Certificate of service

I hereby certify that I have served a copy of this

Document on all counsel for record either in person

Or by mail or by fax, on this

31st day of December, 2013

_____
Signature

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| Kambala, et al. | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:13-cv-498-RC-ZJH |
| Signal International LLC, et al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Kayvon Sabourian
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from __10/16/2013__, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 10/25/2013

Signature of the attorney or unrepresented party

Kurella Rao
*Printed name of party waiving service of summons*

KURELLA SADASIVA RAO
*Printed name*

#6, Isle Road, Unity Zone
Daughpeat St CR, 50020
CA
*Address*

*E-mail address*

501-688-8620
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.