<div align="center">

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

</div>

| | |
|---|---|
| LAKSHMANAN PONNAYAN ACHARI, et al., <br>                             Plaintiffs, <br>     v. <br> SIGNAL INTERNATIONAL, LLC, et al., <br>                             Defendants. | CIVIL ACTION <br><br> No. 13-6218 (c/w 13-6219, 13-6220, 13-6221) <br><br> Section "E" |
| **_Related Cases_:** <br><br> KURIAN DAVID, et al., <br>                             Plaintiffs, <br>     v. <br> SIGNAL INTERNATIONAL, LLC, et al., <br>                             Defendants. | CIVIL ACTION <br><br> No. 08-1220 <br><br> Section "E" |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, et al., <br>                             Plaintiffs, <br>     v. <br> SIGNAL INTERNATIONAL, LLC, et al., <br>                             Defendants. | CIVIL ACTION <br><br> No. 12-557 <br><br> Section "E" |

**Applies To:** *Achari v. Signal*, **No. 13-6218;** *Chakkiyattil v. Signal*, **No. 13-6219;** *Krishnakutty v. Signal*, **No. 13-6220;** *Devassy v. Signal*, **No. 13-6221.**

<div align="center">

**SCHEDULING ORDER**

</div>

      The Court enters this Scheduling Order ("Scheduling Order" or "Order") to establish a time frame for the efficient and effective litigation of *Achari, et al. v. Signal Int'l, LLC, et al.* (No. 13-6218) (the "*Achari* case"), *Chakkiyattil, et al. v. Signal Int'l, LLC, et al.* (No. 13-6219) (the "*Chakkiyattil* case"), *Krishnakutty, et al. v. Signal Int'l, LLC, et al.* (No. 13-6220) (the "*Krishnakutty* case"), and *Devassy, et al. v. Signal Int'l, LLC, et al.* (No. 13-6221) (the "*Devassy* case" and, together with the *Achari*, *Chakkiyattil*, and *Krishnakutty* cases, the "Consolidated Cases"). Initially filed in the United States District Court for the Southern District of Mississippi, the Consolidated Cases were transferred to this Court on October 23, 2013 as related

to *David, et al. v. Signal Int'l, LLC*, et al. (No. 08-1220) (the "*David* case") and *EEOC v. Signal Int'l, LLC, et al.* (No. 12-557) (the "*EEOC* case" and, together with the *David* case, the "Related Cases").

Consistent with this Court's prior orders, the Parties to the Consolidated Cases are directed to coordinate their discovery efforts with the parties to the Related Cases.  While the Consolidated Cases have been consolidated for pre-trial purposes, the Court has previously denied class treatment to the Plaintiffs in the Consolidated Cases and, accordingly, will conduct one or more separate trials for each of the Consolidated Cases.  This Scheduling Order governs the first trial in each of the Consolidated Cases.  The Court will enter a separate Scheduling Order for future trials in the Consolidated Cases at a later date.

The Court thus finds that it is in the interests of effective adjudication of the Consolidated Cases that this Scheduling Order should issue.

The Court emphasizes the importance of meeting pre-trial deadlines and advises the parties that continuances will not be granted absent good cause shown.  All deadlines set forth herein apply to all of the Consolidated Cases, unless otherwise indicated.

The deadline for providing initial disclosures as defined in Federal Rule of Civil Procedure 26(a)(1) is **March 7, 2014.**

The deadline for filing any additional amendments to pleadings, third party actions, cross claims, or counterclaims (other than amendments (1) directed at Michael Pol, should relief be granted from the automatic stay imposed by *In re. Michael Pol*, No. 13-51168 (Bankr. S.D. Miss. filed June 13, 2013); or (2) substituting parties, as necessary, is **March 21, 2014**.

Written discovery will be conducted in accordance with the Federal Rules of Civil Procedure.  No special discovery limitations beyond those established in the Federal Rules or the

Local Rules, or previous orders of this Court, are established at this time. Written discovery and depositions taken in the Consolidated Cases, the *David* case, and the *EEOC* case may be used in all cases. Written discovery requests and responses are to be sent to all counsel in the Consolidated Cases, the *EEOC* case, and the *David* case.

Counsel for the parties shall file in the record and serve upon their opponents a list of all fact witnesses who may or will be called to testify at trial and all exhibits which may or will be used at trial no later than **August 29, 2014**. Counsel for the parties shall file in the record and serve upon their opponents a list of all expert witnesses who may or will be called to testify at trial no later than **September 30, 2014**. The Court will not permit any fact or expert witness to testify or any exhibits to be used unless there has been compliance with this Order as it pertains to the witness and/or exhibits, without an order to do so issued on motion for good cause shown.

Depositions for trial use in any of the Consolidated Cases shall be taken and all fact discovery shall be completed no later than **November 28, 2014**. Plaintiffs in the Consolidated Cases are directed to participate in depositions of Defendants and defense witnesses in the Related Cases, including Defendants' Rule 30(b)(6) witness(es). Upon Court order, for good cause shown, Plaintiffs in the Consolidated Cases may be permitted to recall for deposition Defendants and defense witnesses who previously testified for the limited purpose of questioning such witnesses about events and circumstances unique to such Plaintiffs or reflected in, related to, or referred by documents produced to the Plaintiffs in the Consolidated Cases subsequent to those witnesses' initial depositions.

Written reports of experts, as defined by Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiffs, fully setting forth all matters about which they will testify

and the basis therefor, shall be obtained and delivered to counsel for Defendants as soon as possible, but in no event later than **December 31, 2014**.

Written reports of experts, as defined by Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Defendants, fully setting forth all matters about which they will testify and the basis therefor, including written rebuttal expert reports, shall be obtained and delivered to counsel for Plaintiffs as soon as possible, but in no event later than **January 30, 2015**.

Plaintiffs may provide written rebuttal expert reports to Defendants no later than **February 13, 2015**. Thereafter, Defendants may provide written rebuttal expert reports only with leave of court for good cause shown.

Expert depositions for use at trial shall be taken before **March 13, 2015**.

All non-evidentiary pretrial motions and motions in limine regarding the admissibility of expert testimony may be filed as soon as practicable, but must be filed and served not later than **April 1, 2015**. Oppositions to non-evidentiary pretrial motions and motions in limine regarding the admissibility of expert testimony must be filed and served no later than **April 16, 2015**. Replies to oppositions to non-evidentiary pretrial motions and motions in limine regarding the admissibility of expert testimony must be filed and served no later than **April 30, 2015**. Hard copy deposition transcripts submitted in support of motions are to be double spaced and on single sided pages. Electronic versions of deposition transcripts shall be in uncompressed format as a searchable PDF.

All dispositive motions must be filed and served no later than **April 16, 2015**. Oppositions to dispositive motions must be filed and served no later than **April 30, 2015**. Replies to oppositions to dispositive motions must be filed and served no later than **May 15, 2015**.

**Local Rules 56.1 and 56.2 require that every motion for summary judgment must be accompanied by:**

**(1)     A separate and concise statement of the material facts which the moving party contends present no genuine issue.  This statement must be limited to facts only, and is not to include any argument.**

**(2)     A party opposing a motion for summary judgment must specifically respond to each statement of fact in the moving party's statement of material facts by admitting or denying each statement.  This statement must be limited to facts only, and is not to include any argument.**

**(3)     Any opposition to a motion for summary judgment must also include a separate and concise statement of the material facts which the opponent contends present a genuine issue.  This statement must be limited to facts only, and is not to include any argument.**

**Additionally, each party shall make specific reference to record evidence supporting its statement of material facts.  Citations to record evidence shall indicate, whenever applicable, an exhibit reference, page reference, and record document number reference. Record evidence not specifically referred to by the parties may not be considered by the Court.  The Court will not consider motions for summary judgment that do not comply with these Rules.**

The Court will conduct separate trials for the *Achari* cases. The first trials of the *Achari* case and the *Chakkiyattil* case will cover claims of 10 plaintiffs each. The trials of the remaining plaintiffs in the *Chakkiyatil* case and the *Achari* case will be conducted at a later date. The Court will conduct one trial for the *Devvassy* case, covering claims of all 13 plaintiffs. The Court will

5

conduct one trial of the *Krishnakutty* case, covering claims of both plaintiffs. The initial trials in the Consolidated Cases will advance on separate pre-trial schedules, as set forth below. The Court will establish pre-trial schedules for any subsequent trials in the *Achari* case and the *Chakkiyattil* case at a later date.

Final witness and exhibit lists must be filed and served no later than **May 18, 2015** in the *Achari* case, **November 23, 2015** in the *Chakkiyattil* case, **January 18, 2016** in the *Krishnakutty* case, and **March 21, 2016** in the *Devassy* case.

Motions *in limine* (other than those regarding the admissibility of expert testimony) shall be filed and served as soon as practicable, but must be filed and served not later than **June 15, 2015** in the *Achari* case, **December 14, 2015** in the *Chakkiyattil* case, **February 8, 2016** in the *Krishnakutty* case, and **April 11, 2016** in the *Devassy* case**.** Oppositions thereto shall be filed on or before **June 22, 2015** in the *Achari* case, **December 21, 2015** in the *Chakkiyattil* case, **February 15, 2016** in the *Krishnakutty* case, and **April 18, 2016** in the *Devassy* case**.**

Motions filed in violation of this minute entry will not be considered except with leave of Court for good cause shown. In addition, the Court reiterates that Local Rule 7.4 requires leave of court to file a reply to a respondent's opposition. The Court will not consider any additional responses after that reply unless good cause is shown.

Dispositive motions and all motions *in limine* (expert and otherwise) shall conform to the following requirements in addition to those found in the Local Rules. Any brief or memorandum that has more than 10 pages must contain all items listed below. Briefs and memoranda that are 10 pages or less must contain items (3), (4), (6), and (7) listed below.

1. A table of contents setting forth the page number of each section, including all headings designated in the body of the brief or memorandum.

2.      A table of citations of cases, statutes, rules, textbooks, and other authorities, alphabetically arranged.

3.      A short statement of the nature and stage of the proceeding.

4.      A statement of the issues to be ruled on by the Court and, with respect to each issue, a short statement, supported by authority, of the standard of review.

5.      A short summary of argument.

6.      The argument shall be divided under appropriate headings succinctly setting forth separate points.

7.      A short conclusion stating the precise relief sought.

**Any pleading containing more than 50 pages (including all exhibits and attachments) shall be submitted to the Court in hard copy form, with tabs for exhibits, within 24 hours of filing on CM/ECF.** Any party who submits more than five exhibits with a pleading shall include a table of contents describing each exhibit and which tab corresponds to each exhibit.

**Counsel <u>must</u> contact the assigned Magistrate Judge as soon as possible for the purpose of scheduling a settlement conference which must be held not later than two weeks prior to the pretrial conference. All counsel shall have responsibility for scheduling this conference, and shall be subject to possible sanctions for failure to timely set a convenient date and time on the calendar of the assigned Magistrate Judge. The conference shall be timely set and held regardless of pending motions, anticipated rulings, or any other deadlines set in this matter. Only the Magistrate Judge, in his or her discretion, shall have the authority to cancel and/or reset the settlement conference. Trial attorneys for all parties must attend the settlement conference in person.**

A Final Pretrial Conference will be held on **June 15, 2015** at **2:00 p.m.** in the *Achari* case, **December 14, 2015 at 2:00 p.m.** in the *Chakkiyattil* case, **February 8, 2016 at 2:00 p.m.** in the *Krishnakutty* case, and **April 11, 2016 at 2:00 p.m.** in the *Devassy* case**.** Counsel will be prepared in accordance with the final Pretrial Notice attached.  The pretrial order must be filed by **5:00 p.m.** on **June 10, 2015** in the *Achari* case, **December 9, 2015** in the *Chakkiyattil* case, **February 3, 2016** in the *Krishnakutty* case, and **April 6, 2016** in the *Devassy* case**.**  The pretrial order submitted to the Court must be double spaced and signed by all counsel.  The parties shall comply with all deadlines stated in the pretrial notice and herein, including without limitation, the deadline for filing briefs on objections to exhibits and on objections to deposition testimony.

Trial in the *Achari* case will commence at **9:00 a.m. the week beginning Monday, July 6, 2015** before the District Judge with a jury.  Attorneys are instructed to report for trial not later than 30 minutes prior to this time.  The starting time on the first day of a jury trial may be delayed or moved up because of jury pooling.  Trial is estimated to last four weeks.

Trial in the *Chakkiyattil* case will commence at **9:00 a.m. the week beginning Monday, January 4, 2016** before the District Judge with a jury.  Attorneys are instructed to report for trial not later than 30 minutes prior to this time.  The starting time on the first day of a jury trial may be delayed or moved up because of jury pooling.  Trial is estimated to last four weeks.

Trial in the *Krishnakutty* case will commence at **9:00 a.m. the week beginning Monday, February 29, 2016** before the District Judge with a jury.  Attorneys are instructed to report for trial not later than 30 minutes prior to this time.  The starting time on the first day of a jury trial may be delayed or moved up because of jury pooling.  Trial is estimated to last four weeks.

Trial in the *Devassy* case will commence at **9:00 a.m. the week beginning Monday, May 2, 2016** before the District Judge with a jury.  Attorneys are instructed to report for trial not

later than 30 minutes prior to this time.  The starting time on the first day of a jury trial may be delayed or moved up because of jury pooling.  Trial is estimated to last two weeks.

Deadlines, cut-off dates, or other limits fixed herein may be extended only by the Court upon timely motion filed in compliance with the Local Rules and upon a showing of good cause. **Trial will not be continued, even on joint motion, absent good cause or compelling reason.** Likewise, trial will not be continued because of the unavailability of a witness.  Counsel should anticipate such possibilities and be prepared to present testimony by written deposition, videotaped deposition, or by stipulation.  If, however, a continuance of the trial is granted, deadlines and cut off dates will be re-set by the Court.

The pretrial deadlines in this case, as set forth **herein** and in the **attached pretrial notice**, include the following.  Counsel are to consult the pretrial notice for additional detail.

| **All Consolidated Cases** | |
|---|---|
| Status Conference | **February 21, 2014** at **2:00 p.m.** |
| Initial Disclosures | Filed and served by **March 7, 2014** |
| Additional amendments to pleadings, third party actions, cross claims, and counterclaims, other than amendments directed at Michael Pol or substitution of parties | Filed and served by **March 21, 2014** |
| 30(b)(6) notices filed on Signal | Filed by **April 15, 2014** |
| Identification of Signal's 30(b)(6) designees | Completed by **April 22, 2014** |
| Status Conference | **April 30, 2014** at **10:00 a.m.** |
| Depositions of those Signal employees designated as 30(b)(6) representatives in both representative and individual capacities | Last half of **May** and entire month of **June** |

| | |
|---|---|
| Status Conference | **July 31, 2014** at **2:00 p.m.** |
| Exchange of fact witness and exhibit lists | Filed and served by **August 29, 2014** |
| Exchange of expert witness list | Filed and served by **September 30, 2014** |
| Status Conference | **October 30, 2014 at 2:00 p.m.** |
| End of fact discovery, including fact depositions for use at trial | Completed by **November 28, 2014** |
| Status Conference | **December 17, 2014** at **3:00 p.m.** |
| Plaintiffs' expert reports | Delivered to defense counsel by **December 31, 2014** |
| Defendants' expert reports, including rebuttal expert reports | Delivered to Plaintiffs' counsel by **January 30, 2015** |
| Plaintiffs' rebuttal expert reports | Delivered to defense counsel by **February 13, 2015** |
| Expert depositions, including depositions for use at trial | Completed by **March 13, 2015** |
| Status Conference | **April 1, 2015 at 2:00 p.m.** |
| Non-evidentiary pretrial motions and motions *in limine* regarding the admissibility of expert testimony | Filed and served no later than **April 1, 2015** |
| Responses/oppositions to non-evidentiary pretrial motions and motions *in limine* regarding the admissibility of expert testimony | Filed and served no later than **April 16, 2015** |
| Dispositive motions | Filed and served no later than **April 16, 2015** |
| Replies to oppositions to non-evidentiary pretrial motions and motions *in limine* regarding the admissibility of expert testimony | Filed and served no later than **April 30, 2015** |
| Oppositions to dispositive motions | Filed and served no later than **April 30, 2015** |
| Status Conference | **May 1, 2015** at **2:00 p.m.** |

| | |
|---|---|
| Replies to oppositions to dispositive motions | Filed and served no later than **May 15, 2015** |
| <div align="center">***Achari* case**</div> | |
| Final witness and exhibit lists | Filed and served no later than **May 18, 2015** |
| Pretrial order | Filed by **June 10, 2015** at **5:00 p.m.** |
| Pretrial conference | **June 15, 2015** at **2:00 p.m.** |
| Motions *in limine* (other than those regarding the admissibility of expert testimony) and memoranda in support | Filed and served no later than **June 15, 2015** at **5:00 p.m.** |
| Responses to non-expert motions *in limine* and memoranda in support | Filed and served no later than **June 22, 2015** at **5:00 p.m.** |
| Deadline to exchange deposition excerpts intended to be introduced in lieu of live testimony | Filed and served no later than **June 22, 2015** at **5:00 p.m.** |
| Joint statement of the case | Filed by **June 26, 2015** at **5:00 p.m.** *See* pretrial notice at p. 7. |
| Joint jury instructions | Filed and emailed to the Court by **June 26, 2015** at **5:00 p.m.** *See* pretrial notice at pp. 7-8. |
| Joint proposed jury verdict form (or if agreement cannot be reached, separate proposed jury verdict forms and a joint memorandum explaining the disagreements between the parties as to the verdict form). | Filed by **June 26, 2015** at **5:00 p.m.** *See* pretrial notice at p. 8. |
| Proposed special voir dire questions | Filed by **June 26, 2015** at **5:00 p.m.** *See* pretrial notice at p. 8. |
| Objections to exhibits and supporting memoranda<br><br>**Note:** Each objection must identify the relevant objected-to exhibit by the number assigned to the exhibit in the joint bench book(s). *See* pretrial notice at p. 5. | Filed by **June 26, 2015** at **5:00 p.m.** *See* pretrial notice at p. 5. |
| Two copies of joint bench book(s) of | Delivered to the Court by **June 26, 2015** at |

| | |
|---|---|
| tabbed exhibits, with indices of "objected-to" and "unobjected-to" exhibits, identifying which party will offer each exhibit and which witness will testify regarding the exhibit at trial | **5:00 p.m.**  *See* pretrial notice at p. 5. |
| Objections to deposition testimony and supporting memoranda<br><br>(Counsel first shall confer to attempt to resolve any such objections, *see* p. 6 of the pretrial notice.) | Filed by **June 26, 2015** at **5:00 p.m.**  *See* pretrial notice at p. 6. |
| Responses to objections to exhibits and supporting memoranda | Filed by **June 31, 2015** at **5:00 p.m.**  *See* pretrial notice at p. 5. |
| Responses to objections to deposition testimony and supporting memoranda | Filed by **June 31, 2015** at **5:00 p.m.**  *See* pretrial notice at p. 6. |
| If counsel intends to ask questions on cross-examination of an economic expert which require mathematical calculations | The factual elements of such questions shall be submitted to the expert witness by **June 31, 2015** at **5:00 p.m.**  *See* pretrial notice at p. 7. |
| List and brief description of any charts, graphs, models, schematic diagrams, and similar objects intended to be used in opening statements or closing arguments | Provided to opposing counsel by **June 31, 2015** at **5:00 p.m.**  *See* pretrial notice at pp. 6-7. |
| Objections to any charts, graphs, models, schematic diagrams, and similar objects intended to be used by opposing counsel in opening statements or closing *arguments* | Filed by **July 1, 2015** at **5:00 p.m.**  *See* pretrial notice at pp. 6-7. |
| Jury trial in the *Achari* case | **July 6, 2015**, at **9:00 a.m.** (estimated to last **1** month) |
| ***Chakkiyattil* case** | |
| Final witness and exhibit lists | Filed and served no later than **November 23, 2015** |
| Pretrial order | Filed by **December 9, 2015** at **5:00 p.m.** |

| Pretrial conference | **December 14, 2015** at **2:00 p.m.** |
|---|---|
| Motions *in limine* (other than those regarding the admissibility of expert testimony) and memoranda in support | Filed and served no later than **December 14, 2015** at **5:00 p.m.** |
| Deadline to exchange deposition excerpts intended to be introduced in lieu of live testimony | Filed and served no later than **December 21, 2015** at **5:00 p.m.** |
| Responses to non-expert motions *in limine* and memoranda in support | Filed and served no later than **December 21, 2015** at **5:00 p.m.** |
| Joint statement of the case | Filed by **December 28, 2015** at **5:00 p.m.** *See* pretrial notice at p. 7. |
| Joint jury instructions | Filed and emailed to the Court by **December 28, 2015** at **5:00 p.m.** *See* pretrial notice at pp. 7-8. |
| Joint proposed jury verdict form (or if agreement cannot be reached, separate proposed jury verdict forms and a joint memorandum explaining the disagreements between the parties as to the verdict form). | Filed by **December 28, 2015** at **5:00 p.m.** *See* pretrial notice at p. 8. |
| Proposed special voir dire questions | Filed by **December 28, 2015** at **5:00 p.m.** *See* pretrial notice at p. 8. |
| Objections to exhibits and supporting memoranda<br><br>**Note:** Each objection must identify the relevant objected-to exhibit by the number assigned to the exhibit in the joint bench book(s). *See* pretrial notice at p. 5. | Filed by **December 28, 2015** at **5:00 p.m.** *See* pretrial notice at p. 5. |
| Two copies of joint bench book(s) of tabbed exhibits, with indices of "objected-to" and "unobjected-to" exhibits, identifying which party will offer each exhibit and which witness will testify regarding the exhibit at trial | Delivered to the Court by **December 28, 2015** at **5:00 p.m.** *See* pretrial notice at p. 5. |

| | |
|---|---|
| Objections to deposition testimony and supporting memoranda<br><br>(Counsel first shall confer to attempt to resolve any such objections, *see* p. 6 of the pretrial notice.) | Filed by **December 28, 2015** at **5:00 p.m.** *See* pretrial notice at p. 6. |
| Responses to objections to exhibits and supporting memoranda | Filed by **December 30, 2015** at **5:00 p.m.** *See* pretrial notice at p. 5. |
| Responses to objections to deposition testimony and supporting memoranda | Filed by **December 30, 2015** at **5:00 p.m.** *See* pretrial notice at p. 6. |
| If counsel intends to ask questions on cross-examination of an economic expert which require mathematical calculations | The factual elements of such questions shall be submitted to the expert witness by **December 30, 2015** at **5:00 p.m.** *See* pretrial notice at p. 7. |
| List and brief description of any charts, graphs, models, schematic diagrams, and similar objects intended to be used in opening statements or closing arguments | Provided to opposing counsel by **December 30, 2015** at **5:00 p.m.** *See* pretrial notice at pp. 6-7. |
| Objections to any charts, graphs, models, schematic diagrams, and similar objects intended to be used by opposing counsel in opening statements or closing *arguments* | Filed by **December 31, 2015** at **5:00 p.m.** *See* pretrial notice at pp. 6-7. |
| Jury trial in the *Chakkiyattil* case | **January 4, 2016**, at **9:00 a.m.** (estimated to last **1** month) |
| ***Krishnakutty* case** | |
| Final witness and exhibit lists | Filed and served no later than **January 18, 2016** |
| Pretrial order | Filed by **February 3, 2016** at **5:00 p.m.** |
| Pretrial conference | **February 8, 2016** at **2:00 p.m.** |
| Motions *in limine* (other than those regarding the admissibility of expert testimony) and memoranda in support | Filed and served no later than **February 8, 2016** at **5:00 p.m.** |
| Deadline to exchange deposition excerpts intended to be introduced in | Filed and served no later than **February 15, 2016** at **5:00 p.m.** |

| | |
|---|---|
| lieu of live testimony | |
| Responses to non-expert motions *in limine* and memoranda in support | Filed and served no later than **February 15, 2016** at **5:00 p.m.** |
| Joint statement of the case | Filed by **February 22, 2016** at **5:00 p.m.**  *See* pretrial notice at p. 7. |
| Joint jury instructions | Filed and emailed to the Court by **February 22, 2016** at **5:00 p.m.**  *See* pretrial notice at pp. 7-8. |
| Joint proposed jury verdict form (or if agreement cannot be reached, separate proposed jury verdict forms and a joint memorandum explaining the disagreements between the parties as to the verdict form). | Filed by **February 22, 2016** at **5:00 p.m.**  *See* pretrial notice at p. 8. |
| Proposed special voir dire questions | Filed by **February 22, 2016** at **5:00 p.m.**  *See* pretrial notice at p. 8. |
| Objections to exhibits and supporting memoranda<br><br>**Note:**  Each objection must identify the relevant objected-to exhibit by the number assigned to the exhibit in the joint bench book(s).  *See* pretrial notice at p. 5. | Filed by **February 22, 2016** at **5:00 p.m.**  *See* pretrial notice at p. 5. |
| Two copies of joint bench book(s) of tabbed exhibits, with indices of "objected-to" and "unobjected-to" exhibits, identifying which party will offer each exhibit and which witness will testify regarding the exhibit at trial | Delivered to the Court by **February 22, 2016** at **5:00 p.m.**  *See* pretrial notice at p. 5. |
| Objections to deposition testimony and supporting memoranda<br><br>(Counsel first shall confer to attempt to resolve any such objections, *see* p. 6 of the pretrial notice.) | Filed by **February 22, 2016** at **5:00 p.m.**  *See* pretrial notice at p. 6. |
| Responses to objections to exhibits and supporting memoranda | Filed by **February 24, 2016** at **5:00 p.m.**  *See* pretrial notice at p. 5. |

| | |
|---|---|
| Responses to objections to deposition testimony and supporting memoranda | Filed by **February 24, 2016** at **5:00 p.m.**  *See* pretrial notice at p. 6. |
| If counsel intends to ask questions on cross-examination of an economic expert which require mathematical calculations | The factual elements of such questions shall be submitted to the expert witness by **February 24, 2016**  at **5:00 p.m.**  *See* pretrial notice at p. 7. |
| List and brief description of any charts, graphs, models, schematic diagrams, and similar objects intended to be used in opening statements or closing arguments | Provided to opposing counsel by **February 24, 2016**  at **5:00 p.m.**  *See* pretrial notice at pp. 6-7. |
| Objections to any charts, graphs, models, schematic diagrams, and similar objects intended to be used by opposing counsel in opening statements or closing *arguments* | Filed by **February 25, 2016** at **5:00 p.m.**  *See* pretrial notice at pp. 6-7. |
| Jury trial in the *Krishnakutty* case | **February 29, 2016**, at **9:00 a.m.** (estimated to last **1** month) |
| *Devassy* **case** | |
| Final witness and exhibit lists | Filed and served no later than **March 21, 2016** |
| Pretrial order | Filed by **April 6, 2016** at **5:00 p.m.** |
| Pretrial conference | **April 11, 2016** at **2:00 p.m.** |
| Motions *in limine* (other than those regarding the admissibility of expert testimony) and memoranda in support | Filed and served no later than **April 11, 2016** at **5:00 p.m.** |
| Deadline to exchange deposition excerpts intended to be introduced in lieu of live testimony | Filed and served no later than **April 18, 2016** at **5:00 p.m.** |
| Responses to non-expert motions *in limine* and memoranda in support | Filed and served no later than **April 18, 2016**  at **5:00 p.m.** |
| Joint statement of the case | Filed by **April 25, 2016** at **5:00 p.m.**  *See* pretrial notice at p. 7. |
| Joint jury instructions | Filed and emailed to the Court by **April 25, 2016** at **5:00 p.m.**  *See* pretrial notice at pp. 7-8. |

| | |
|---|---|
| Joint proposed jury verdict form (or if agreement cannot be reached, separate proposed jury verdict forms and a joint memorandum explaining the disagreements between the parties as to the verdict form). | Filed by **April 25, 2016** at **5:00 p.m.**  *See* pretrial notice at p. 8. |
| Proposed special voir dire questions | Filed by **April 25, 2016** at **5:00 p.m.**  *See* pretrial notice at p. 8. |
| Objections to exhibits and supporting memoranda<br><br>**Note:**  Each objection must identify the relevant objected-to exhibit by the number assigned to the exhibit in the joint bench book(s).  *See* pretrial notice at p. 5. | Filed by **April 25, 2016** at **5:00 p.m.**  *See* pretrial notice at p. 5. |
| Two copies of joint bench book(s) of tabbed exhibits, with indices of "objected-to" and "unobjected-to" exhibits, identifying which party will offer each exhibit and which witness will testify regarding the exhibit at trial | Delivered to the Court by **April 25, 2016** at **5:00 p.m.**  *See* pretrial notice at p. 5. |
| Objections to deposition testimony and supporting memoranda<br><br>(Counsel first shall confer to attempt to resolve any such objections, *see* p. 6 of the pretrial notice.) | Filed by **April 25, 2016** at **5:00 p.m.**  *See* pretrial notice at p. 6. |
| Responses to objections to exhibits and supporting memoranda | Filed by **April 27, 2016** at **5:00 p.m.**  *See* pretrial notice at p. 5. |
| Responses to objections to deposition testimony and supporting memoranda | Filed by **April 27, 2016** at **5:00 p.m.**  *See* pretrial notice at p. 6. |
| If counsel intends to ask questions on cross-examination of an economic expert which require mathematical calculations | The factual elements of such questions shall be submitted to the expert witness by **April 27, 2016**  at **5:00 p.m.**  *See* pretrial notice at p. 7. |
| List and brief description of any charts, graphs, models, schematic | Provided to opposing counsel by **April 27, 2016** at **5:00 p.m.**  *See* pretrial notice at pp. 6-7. |

| | |
|---|---|
| diagrams, and similar objects intended to be used in opening statements or closing arguments | |
| Objections to any charts, graphs, models, schematic diagrams, and similar objects intended to be used by opposing counsel in opening statements or closing *arguments* | Filed by **April 28, 2016** at **5:00 p.m.** *See* pretrial notice at pp. 6-7. |
| Jury trial in the *Devassy* case | **May 2, 2016**, at **9:00 a.m.** (estimated to last **two weeks**) |

The Clerk of Court is directed to also send a copy of this order to all counsel of record in the *David* case (08-1220), and the *EEOC* case (12-557).

**New Orleans, Louisiana, this 7th day of March, 2014.**

**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**