UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KURIAN DAVID, et al.**<br>    Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **No. 08-1220** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>    Defendants | **SECTION "E"** |

**Related Cases:**

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br>    Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **No. 12-557** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>    Defendants | **SECTION "E"** |
| **LAKSHMANAN PONNAYAN ACHARI, et al.,**<br>    Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **No. 13-6218**<br> (c/w 13-6219, 13-6220, 13-6221, 14-732) |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>    Defendants | **SECTION "E"** |

**Applies To:** *Singh et al. v. Signal International, LLC et al.* **(14-732)**

### ORDER

It has come to the Court's attention that Civil Action No. 14-732, *Singh et al. v. Signal International, LLC et al* (the "*Singh* case") is related to Civil Action No. 13-6218,

1

*Achari et al. v. Signal International, LLC et al* (c/w 13-6219, 13-6220, and 13-6221)(the "*Achari* cases").

Accordingly, **IT IS ORDERED** that the *Singh* case and the *Achari* cases be and hereby are **CONSOLIDATED**. All subsequent pleadings relating to any of these cases shall bear the caption as set forth above. The document should include a separate notation listing the docket numbers to which the document applies or the notation "ALL CASES" if it applies to all cases.

The parties in the *Singh* case shall comply with the Scheduling Order entered on March 7, 2014 in the *Achari* cases applicable to all of the consolidated cases[1] with the exception of the following deadlines applicable only to the *Singh* case:

1. The deadline for providing initial disclosures as defined in Federal Rule of Civil Procedure 26(a)(1) is **May 14, 2014.**

2. The deadline for filing any additional amendments to pleadings, third party actions, cross claims, or counter claims (other than amendments (1) directed at Michael Pol, should relief be granted from the automatic stay imposed in *In re. Michael Pol*, No. 13-51168 (Bankr. S.D. Miss. filed June 13, 2013); or (2) substituting parties, as necessary) is **May 22, 2014.**

3. The deadline for filing 30(b)(6) notices on Signal is **April 30, 2014**.

4. The deadline for Signal to identify its 30(b)(6) designees is **May 7, 2014.**

The parties in the *Singh* case shall also adhere to the trial date and pretrial deadlines set forth in the March 7, 2014 Scheduling Order applicable to *Krishnakutty et al. v. Singal*

---

[1] R. Doc. 208, pp. 9-11.

*International LLC, et al* (13-6220) (the "*Krishnakutty* case").[2] As previously ordered in the *Achari* cases, all discovery and depositions taken in any case may be used in any other case.[3]

**IT IS SO ORDERED.**

**New Orleans, Louisiana, this 23rd day of April, 2014.**

                                          _____
                                                      **SUSIE MORGAN**
                                          **UNITED STATES DISTRICT JUDGE**

---

[2] R. Doc. 208, pp. 14-16. The claims of the plaintiffs in the *Singh* case will be tried along with the claims of the plaintiffs in the *Krishnakutty* case.

[3] R. Doc. 108.