UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KURIAN DAVID, et al.,<br>          Plaintiffs | CIVIL ACTION No. 08-1220 |
| VERSUS | |
| SIGNAL INTERNATIONAL, LLC, et al.,<br>          Defendants | SECTION "E" |

Related Cases:

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY<br>COMMISSION,<br>          Plaintiff | CIVIL action No. 12-557 |
| VERSUS | |
| SIGNAL INTERNATIONAL, LLC, et al.,<br>          Defendants | SECTION "E" |
| LAKSHMANAN PONNAYAN ACHARI, et al.,<br>          Plaintiffs | CIVIL ACTION No. 13-6218<br>(c/w 13-6219, 13-6220,<br>13-6221, 14-472) |
| VERSUS | |
| SIGNAL INTERNATIONAL, LLC, et al.,<br>          Defendants | SECTION "E" |

**Applies To:  *Achari Consolidated Cases, No. 13-6218 (c/w 13-6219, 13-6220, 13-6221, 14-472)***

# OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT, INCLUDING WHETHER THE *FERENS* CASE APPLIES, ON BEHALF OF SACHIN DEWAN AND DEWAN CONSULTANTS PVT. LTD.

MAY IT PLEASE THE COURT:

Sachin Dewan and Dewan Consultants Pvt. Ltd. (India) hereby adopt and incorporate by reference the applicable portions of its Opposition to Signal's Motion for Partial Summary Judgment as well as the Opposition Memorandum to Motion for Partial Summary Judgment, including analysis of whether the *Ferens* case applies in the *Achari* Consolidated cases, filed by the Burnett Defendants.

Respectfully submitted;

/s/ *Stephen H. Shapiro*
Stephen H. Shapiro (#21076)
Attorney at Law
A Limited Liability Company
700 Camp Street
New Orleans, LA 70130
Telephone:  (504) 309-8442
E-mail:  steve@shapirolaw-nola.com

**Counsel for Sachin Dewan and
Dewan Consultants Pvt. Ltd.**

## CERTIFICATE OF SERVICE

I hereby certify that this Opposition Memorandum on Behalf of Sachin Dewan and Dewan Consultants Pvt. Ltd. has been served on all counsel of record by electronic transmission or on any viable unrepresented parties by means which this Court has deemed necessary and appropriate on this 16th day of September 2014.

/s/ *Stephen H. Shapiro*
Stephen H. Shapiro