UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KURIAN DAVID, et al.<br>　　　　Plaintiffs | CIVIL ACTION　　No. 08-1220<br><br>SECTION "E" |
| VERSUS | |
| SIGNAL INTERNATIONAL, LLC, et al.,<br>　　　　Defendants | |
| Related Cases: | |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>　　　　Plaintiff | CIVIL ACTION No. 12-557<br><br>SECTION "E |
| VERSUS | |
| SIGNAL INTERNATIONAL, LLC, et al.,<br>　　　　Defendants | CIVIL ACTION　　No. 13-6218 |
| LAKSHMANAN PONNAYAN ACHARI, et al.,<br>　　　　Plaintiffs | (c/w 13-6219, 13-6220, &<br>　13-6221, 14-732, & 14-1818) |
| VERSUS | |
| SIGNAL INTERNATIONAL, LLC, et al.,<br>　　　　Defendants | SECTION "E" |

Applies To: ALL CASES

ORDER

　　Considering the foregoing Motion to Substitute Notice of Submission Date of the Burnett Defendants' Motion to Certify Orders and Join in Signal's Motion to Stay and Certify Orders, It Is Hereby Ordered that the Motion is granted and the substituted Submission Date shall be filed in the place and stead of the previously filed submission date, with Burnett's motion being submitted on October 22, 2014, along with the Motion to Stay and Certify Orders filed by Signal.

**MOOT**

New Orleans, Louisiana this 7th day of October, 2014.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Susie Morgan
　　　　　　　　　　　　　　　　United States District Judge