UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LAKSHMANAN PONNAYAN ACHARI, et al., <br>                              Plaintiffs, <br> v. <br> SIGNAL INTERNATIONAL, LLC, et al., <br>                              Defendants. | CIVIL ACTION <br><br> No. 13-6218 (c/w 13-6219, 13-6220, 13-6221, 14-732 and 14-1818) <br><br> Section "E" |
| *Related Cases:* <br><br> KURIAN DAVID, et al., <br>                              Plaintiffs, <br> v. <br> SIGNAL INTERNATIONAL, LLC, et al., <br>                              Defendants. | CIVIL ACTION <br><br> No. 08-1220 <br><br> Section "E" |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, et al., <br>                              Plaintiffs, <br> v. <br> SIGNAL INTERNATIONAL, LLC, et al., <br>                              Defendants. | CIVIL ACTION <br><br> No. 12-557 <br><br> Section "E" |

**Applies To:** *Achari v. Signal*, No. 13-6218; *Chakkiyattil v. Signal*, No. 13-6219; *Krishnakutty v. Signal*, No. 13-6220; *Devassy v. Signal*, No. 13-6221; *Singh v. Signal*, No. 14-732; *Thomas v. Signal*, No. 14-1818

---

**JOINDER IN THE DAVID PLAINTIFFS' AND EEOC PLAINTIFFS-INTERVENORS' OPPOSITION TO THE SIGNAL DEFENDANTS' MOTIONS TO STAY AND CERTIFY ORDERS FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b)**

---

Defendants'[1] motions (ECF No. 351, 376) are roughly their twenty-third attempt to

obtain discovery of information concerning what happened to the Indian workers whom they

---

[1] For purposes of this joinder, "Defendants" refers to Defendants Signal International, LLC and Signal International, Inc., as well as Sachin Dewan and Dewan Consultants Pvt. Ltd.

trafficked to the United States once those workers fled the horrendous conditions the Defendants imposed upon them.  This Court, in rulings by three separate judges, has repeatedly and correctly held that the potential that such discovery could intimidate Plaintiffs, deter those with undocumented or uncertain status from asserting their rights, or disrupt Plaintiffs' ability to testify due to fears of deportation, employment termination, or harassment outweighed any probative value such information might have on the Plaintiffs' credibility and justified the imposition of protective orders barring such discovery.  *See David v. Signal Int'l, LLC*, 257 F.R.D. 114, 126 (E.D. La. 2009); Order at 9, *EEOC v. Signal Int'l, LLC*, No. 12-cv-557 (Sept. 10, 2013) (ECF No. 237); Order at 4-5, *Achari v. Signal Int'l, LLC*, No. 13-6218 (Aug. 18, 2014) (ECF No. 307).  Defendants have not presented any evidence or good reason to overturn this result.  This Court's prior orders should stand and the Defendants' motions to stay and certify orders for interlocutory appeal should be denied.

For the reasons set forth more fully in the *David* Plaintiffs' and *EEOC* Plaintiffs-Intervenors' Opposition to Signal Defendants' Motion to Stay and Certify Orders for Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) (the "*David* Opposition"), the Defendants have failed to carry their burden under Section 1292(b).  Moreover, as in the *David* case, the premise upon which the Defendants base their request for relief is invalid.  The Defendants are not, in fact, prejudiced by the Protective Order established in these actions (ECF No. 183, as modified by ECF No. 307) because they possess (or will possess by the end of fact discovery) all the information necessary to test Plaintiffs' credibility.  Like the *David* plaintiffs, those consolidated *Achari* Plaintiffs who will proceed to trial will submit to three days of deposition testimony, providing Signal with an ample body of sworn statements to probe for inconsistencies and generally test credibility.  Moreover, all consolidated *Achari* Plaintiffs with such documents

in their possession have produced sworn affidavits submitted to the Department of Homeland Security in support of their T and U visa applications, which could also be used to test Plaintiffs' credibility.  As this Court has repeatedly and correctly held, the marginal utility of any further discovery into Plaintiffs' post-Signal lives does not outweigh Plaintiffs' legitimate concerns in connection with disclosing their present whereabouts and immigration status to their traffickers.

   For these reasons, and for all of the reasons explained in the *David* Opposition, the consolidated *Achari* Plaintiffs hereby join in the *David* Opposition.

Dated: October 8, 2014  Respectfully submitted,
New Orleans, Louisiana

By: /s/ A. Gregory Grimsal

GORDON, ARATA, McCOLLAM,
DUPLANTIS & EAGAN, LLC
A. Gregory Grimsal (#06332)
Steven W. Copley (#16869)
201 St. Charles Avenue
40th Floor
New Orleans, Louisiana 70170
Tel: (504) 569-1834
Fax: (504) 582-1121
E-mail: ggrimsal@gordonarata.com
E-mail: scopley@gordonarata.com

*Attorneys for the consolidated* Achari *Plaintiffs*


LATHAM & WATKINS LLP

By: /s/ Daniel D. Adams

Miles N. Ruthberg, *pro hac vice*
Christopher Harris, *pro hac vice*
Craig A. Batchelor, *pro hac vice*
Daniel D. Adams, *pro hac vice*
Elizabeth C. Rowland, *pro hac vice*
Katelyn M. Beaudette, *pro hac vice*
885 Third Avenue
New York, New York 10022
Tel: (212) 906-1200
Fax: (212) 751-4864
E-mail: miles.ruthberg@lw.com
E-mail: christopher.harris@lw.com
E-mail: craig.batchelor@lw.com
E-mail: daniel.adams@lw.com
E-mail: elizabeth.rowland@lw.com
E-mail: katelyn.beaudette@lw.com

*Attorneys for the* Achari *Plaintiffs*

COVINGTON & BURLING LLP

By:     /s/ José E. Arvelo

José E. Arvelo, *pro hac vice*
Ashley M. Sprague, *pro hac vice*
1201 Pennsylvania Ave., NW
Washington, DC 20004
Tel.: (202) 662-6000
Fax: (202) 662-6291
E-mail: jarvelo@cov.com
E-mail: asprague@cov.com

*Attorneys for the* Singh *Plaintiffs*


SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:     /s/ Eben P. Colby

Eben P. Colby, *pro hac vice*
Peter Simshauser, *pro hac vice*
Jacob A. Walker, *pro hac vice*
Michael Walsh, *pro hac vice*
500 Boylston Street
Boston, Massachusetts 02116
Tel: (617) 573-4800
Fax: (617) 573-4822
E-mail: eben.colby@skadden.com
E-mail: peter.simshauser@skadden.com
E-mail: jacob.walker@skadden.com
E-mail: michael.walsh@skadden.com

*Attorneys for the* Chakkiyattil *Plaintiffs*

MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Stephen T. Raptis

Stephen T. Raptis, *pro hac vice*
Robert Fabrikant, *pro hac vice*
Michael Bhargava, *pro hac vice*
Jeremy R. Lacks, *pro hac vice*
700 12th Street, NW, Suite 1100
Washington, DC 20005
Telephone: (202) 585-6500
Email: rfabrikant@manatt.com
Email: sraptis@manatt.com
Email: mbhargava@manatt.com
Email: jlacks@manatt.com

*Attorneys for the* Devassy *Plaintiffs*

KAYE SCHOLER LLP

By: /s/ Michael Blechman

Michael Blechman, admitted *pro hac vice*
Randolph Sherman, admitted *pro hac vice*
Jane Parver, admitted *pro hac vice*
Michael S. Bullerman, admitted *pro hac vice*
Tricia Beckles, admitted *pro hac vice*
Thomas Szivos, admitted *pro hac vice*
Yonina Rosenbaum, admitted *pro hac vice*
425 Park Avenue
New York, NY 10022
Tel: 212-836-8000
Email: michael.blechman@kayescholer.com
Email: randolph.sherman@kayescholer.com
Email: jane.parver@kayescholer.com
Email: michael.bullerman@kayescholer.com
Email: tricia.beckles@kayescholer.com
Email: thomas.szivos@kayescholer.com
Email: yonina.rosenbaum@kayescholer.com

MCDERMOTT WILL & EMERY LLP

By:     /s/ Scott W. Clark

Steven G. Spears, admitted *pro hac vice*
Scott W. Clark, admitted *pro hac vice*
John Low, admitted *pro hac vice*
1000 Louisiana St., Suite 3900
Houston, Texas 77002
Tel: 713.653.1700
Fax: 713.739.7592
Email: sspears@mwe.com
Email: sclark@mwe.com
Email: jlow@mwe.com

Robert M. Kline, admitted *pro hac vice*
Asra A. Chatham, admitted *pro hac vice*
Marissa C. Krumm, admitted *pro hac vice*
Justin P. Aiello, admitted *pro hac vice*
MCDERMOTT WILL & EMERY LLP
333 Avenue of the Americas, Suite 4500
Miami, Florida 33131
Tel: 305.358.3500
Fax: 305.347.6500
Email: rkline@mwe.com
Email: achatham@mwe.com
Email: mkrumm@mwe.com
Email: jaiello@mwe.com

*Attorneys for the* Krishnakutty *Plaintiffs*

SOUTHERN POVERTY LAW CENTER

By:   /s/ Meredith Stewart

Meredith B. Stewart (#34109)
1055 St. Charles Ave., # 505
New Orleans, LA 70130
Tel: 504-486-8982
Fax: 504-486-8947
Email: meredith.stewart@splcenter.org

Daniel Werner, admitted *pro hac vice*
Immigrant Justice Project
Southern Poverty Law Center
233 Peachtree Street, Suite 2150
Atlanta, Georgia 30303
Telephone: (404) 521-6700
Facsimile: (404) 221-5857
daniel.werner@splcenter.org

*Attorneys for the* Thomas *Plaintiffs*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on October 8, 2014, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of an electronic filing to all CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to non-CM/ ECF participants.

                                      /s/ A. Gregory Grimsal_____

                                      A. Gregory Grimsal