Case 2:13-cv-06218-SM-DEK   Document 411   Filed 12/02/14   Page 1 of 16

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KURIAN DAVID, et al.** | CIVIL ACTION |
|     Plaintiffs | No. 08-1220 |
| | SECTION "E" |
| VERSUS | |
| **SIGNAL INTERNATIONAL, LLC, et al.,** | |
|     Defendants | |

*Related Cases:*

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY** | CIVIL ACTION |
| **COMMISSION,** | No. 12-557 |
|     Plaintiff | SECTION "E |
| VERSUS | |
| **SIGNAL INTERNATIONAL, LLC, et al.,** | |
|     Defendants | |

| | |
|---|---|
| **LAKSHMANAN PONNAYAN ACHARI, et al.,** | CIVIL ACTION |
|     Plaintiffs | No. 13-6218 (c/w 13-6219, |
| VERSUS | 13-6220, 13-6221, 14-732, |
| **SIGNAL INTERNATIONAL, LLC, et al.,** | and 14-1818) |
|     Defendants | SECTION "E" |

    **Applies To:**   *Thomas v. Signal*, No. 14-1818

---

### SIGNAL DEFENDANTS' AMENDED ANSWER TO
### THOMAS PLAINTIFFS' COMPLAINT

Defendant, Signal International, L.L.C., Signal International, Inc., Signal International Texas, G.P. and Signal International, L.P. ("Signal"), while reserving all rights, respectfully amends its Answer to Thomas Plaintiffs' Complaint, as fully stated herein.

1.

Signal adopts and incorporates herein by reference as if herein duplicated *in extenso* every Answer previously filed in this action by Signal, including any cross-claims, third-party claims and affirmative defenses plead therein.

2.

Signal's Answer to Exhibit #1 of Thomas Plaintiffs' Complaint, the "RICO Fraud Chart," is as follows:

| PLAINTIFF ALLEGATION NUMBER | SIGNAL RESPONSE |
|---|---|
| F1 | Denied for lack of sufficient information to support a belief therein. |
| F2 | Denied for lack of sufficient information to support a belief therein. |
| F3 | Denied for lack of sufficient information to support a belief therein. |
| F4 | Denied for lack of sufficient information to support a belief therein. |
| F5 | Denied for lack of sufficient information to support a belief therein. |
| F6 | Denied for lack of information to support a belief therein. Signal admits that advertisements were placed concerning prospective employment in the United States. |
| F7 | Denied for lack of information to support a belief therein. Signal admits that advertisements were placed concerning prospective employment in the United States. |
| F8 | Denied for lack of sufficient information to support a belief therein. |
| F9 | Denied for lack of sufficient information to support a belief therein. |
| F10 | Denied for lack of sufficient information to support a belief therein. |
| F11 | Denied for lack of sufficient information to support a belief therein. |
| F12 | Denied for lack of sufficient information to support a belief therein. |
| F13 | Denied for lack of sufficient information to support a belief therein. |
| F14 | Denied for lack of sufficient information to support a belief therein. |
| F15 | Denied for lack of sufficient information to support a belief therein. |
| F16 | Denied for lack of sufficient information to support a belief therein. |
| F17 | Denied for lack of sufficient information to support a belief therein. |
| F18 | Denied for lack of sufficient information to support a belief therein. |

| | |
|---|---|
| F19 | Denied for lack of sufficient information to support a belief therein. |
| F20 | Denied for lack of sufficient information to support a belief therein. |
| F21 | Denied for lack of sufficient information to support a belief therein. |
| F22 | Denied for lack of sufficient information to support a belief therein. |
| F23 | Denied for lack of sufficient information to support a belief therein. |
| F24 | Denied for lack of sufficient information to support a belief therein. |
| F25 | Denied for lack of sufficient information to support a belief therein. |
| F26 | Denied for lack of sufficient information to support a belief therein. |
| F27 | Denied for lack of sufficient information to support a belief therein. |
| F28 | Denied for lack of sufficient information to support a belief therein. |
| F29 | Denied for lack of sufficient information to support a belief therein. |
| F30 | Denied for lack of sufficient information to support a belief therein. |
| F31 | Denied for lack of sufficient information to support a belief therein. |
| F32 | Denied for lack of sufficient information to support a belief therein. |
| F33 | Denied for lack of sufficient information to support a belief therein. |
| F34 | Denied for lack of sufficient information to support a belief therein. |
| F35 | Denied for lack of sufficient information to support a belief therein. |
| F36 | Denied for lack of sufficient information to support a belief therein. |
| F37 | Denied for lack of sufficient information to support a belief therein. |
| F38 | Denied for lack of sufficient information to support a belief therein. |
| F39 | Denied for lack of sufficient information to support a belief therein. |
| F40 | Denied for lack of sufficient information to support a belief therein. |
| F41 | Denied for lack of sufficient information to support a belief therein. |
| F42 | Denied for lack of sufficient information to support a belief therein. |
| F43 | Denied for lack of sufficient information to support a belief therein. |
| F44 | Denied for lack of sufficient information to support a belief therein. |
| F45 | Denied for lack of sufficient information to support a belief therein. |
| F46 | Denied for lack of sufficient information to support a belief therein. |
| F47 | Denied for lack of sufficient information to support a belief therein. |
| F48 | Denied for lack of sufficient information to support a belief therein. |
| F49 | Denied for lack of sufficient information to support a belief therein. |
| F50 | Denied for lack of sufficient information to support a belief therein. |
| F51 | Denied for lack of sufficient information to support a belief therein. |
| F52 | Denied for lack of sufficient information to support a belief therein. |
| F53 | Denied for lack of sufficient information to support a belief therein. |
| F54 | Denied for lack of information to support a belief therein.  Signal admits that advertisements were placed concerning prospective employment in the United States. |
| F55 | Denied for lack of sufficient information to support a belief therein. |

| | |
|---|---|
| F56 | Denied for lack of sufficient information to support a belief therein. |
| F57 | Denied for lack of sufficient information to support a belief therein. |
| F58 | Denied for lack of sufficient information to support a belief therein. |
| F59 | Denied for lack of sufficient information to support a belief therein. |
| F60 | Denied for lack of sufficient information to support a belief therein. |
| F61 | Denied for lack of sufficient information to support a belief therein. |
| F62 | Denied for lack of sufficient information to support a belief therein. |
| F63 | Denied for lack of sufficient information to support a belief therein. |
| F64 | Denied for lack of sufficient information to support a belief therein. |
| F65 | Denied for lack of sufficient information to support a belief therein. |
| F66 | Denied for lack of sufficient information to support a belief therein. |
| F67 | Denied for lack of sufficient information to support a belief therein. |
| F68 | Denied for lack of sufficient information to support a belief therein. |
| F69 | Denied for lack of sufficient information to support a belief therein. |
| F70 | Denied for lack of sufficient information to support a belief therein. |
| F71 | Denied for lack of sufficient information to support a belief therein. |
| F72 | Denied for lack of sufficient information to support a belief therein. |
| F73 | Denied for lack of sufficient information to support a belief therein. |
| F74 | Denied for lack of sufficient information to support a belief therein. |
| F75 | Denied for lack of sufficient information to support a belief therein. |
| F76 | Denied for lack of sufficient information to support a belief therein. |
| F77 | Denied for lack of sufficient information to support a belief therein. |
| F78 | Denied for lack of sufficient information to support a belief therein. |
| F79 | Denied for lack of sufficient information to support a belief therein. |
| F80 | Denied for lack of sufficient information to support a belief therein. |
| F81 | Denied for lack of sufficient information to support a belief therein. |
| F82 | Denied for lack of sufficient information to support a belief therein. |
| F83 | Denied for lack of sufficient information to support a belief therein. |
| F84 | Denied for lack of sufficient information to support a belief therein. |
| F85 | Denied for lack of sufficient information to support a belief therein. |
| F86 | Denied for lack of sufficient information to support a belief therein. |
| F87 | Denied for lack of sufficient information to support a belief therein. |
| F88 | Denied for lack of sufficient information to support a belief therein. |
| F89 | Denied for lack of sufficient information to support a belief therein. |
| F90 | Denied for lack of sufficient information to support a belief therein. |
| F91 | Denied for lack of sufficient information to support a belief therein. |
| F92 | Denied for lack of sufficient information to support a belief therein. |
| F93 | Denied for lack of sufficient information to support a belief therein. |

| | |
|---|---|
| F94 | Denied for lack of information to support a belief therein. Signal admits that advertisements were placed concerning prospective employment in the United States. |
| F95 | Denied for lack of sufficient information to support a belief therein. |
| F96 | Denied for lack of sufficient information to support a belief therein. |
| F97 | Denied for lack of sufficient information to support a belief therein. |
| F98 | Denied for lack of sufficient information to support a belief therein. |
| F99 | Denied for lack of sufficient information to support a belief therein. |
| F100 | Denied for lack of sufficient information to support a belief therein. |
| F101 | Denied for lack of sufficient information to support a belief therein. Further answering, Signal admits that Signal employees attended some testing of prospective H2B workers in India. |
| F102 | Denied for lack of sufficient information to support a belief therein. |
| F103 | Denied for lack of sufficient information to support a belief therein. |
| F104 | Denied for lack of sufficient information to support a belief therein. |
| F105 | Denied for lack of sufficient information to support a belief therein. |
| F106 | Denied for lack of sufficient information to support a belief therein. |
| F107 | Denied for lack of sufficient information to support a belief therein. |
| F108 | Denied for lack of sufficient information to support a belief therein. |
| F109 | Denied for lack of sufficient information to support a belief therein. |
| F110 | Denied for lack of sufficient information to support a belief therein. |
| F111 | Denied for lack of sufficient information to support a belief therein. |
| F112 | Denied for lack of sufficient information to support a belief therein. |
| F113 | Denied for lack of sufficient information to support a belief therein. |
| F114 | Denied for lack of sufficient information to support a belief therein. |
| F115 | Denied for lack of sufficient information to support a belief therein. |
| F116 | Denied for lack of sufficient information to support a belief therein. |
| F117 | Denied for lack of sufficient information to support a belief therein. |
| F118 | Denied for lack of sufficient information to support a belief therein. |
| F119 | Denied for lack of sufficient information to support a belief therein. |
| F120 | Denied for lack of sufficient information to support a belief therein. |
| F121 | Denied for lack of sufficient information to support a belief therein. |
| F122 | Denied for lack of sufficient information to support a belief therein. |
| F123 | Denied for lack of sufficient information to support a belief therein. |
| F124 | Denied for lack of sufficient information to support a belief therein. |
| F125 | Denied for lack of sufficient information to support a belief therein. |
| F126 | Denied for lack of sufficient information to support a belief therein. Further answering, Signal admits that Signal employees attended some testing of prospective H2B workers in India. |
| F127 | Denied for lack of sufficient information to support a belief therein. |


| | |
|---|---|
| F128 | Denied for lack of sufficient information to support a belief therein. |
| F129 | Denied for lack of sufficient information to support a belief therein. |
| F130 | Denied for lack of sufficient information to support a belief therein. |
| F131 | Denied for lack of sufficient information to support a belief therein. |
| F132 | Denied for lack of sufficient information to support a belief therein. |
| F133 | Denied for lack of sufficient information to support a belief therein. |
| F134 | Denied for lack of sufficient information to support a belief therein. |
| F135 | Denied for lack of sufficient information to support a belief therein. |
| F136 | Denied for lack of sufficient information to support a belief therein. |
| F137 | Denied for lack of information to support a belief therein.  Signal admits that advertisements were placed concerning prospective employment in the United States. |
| F138 | Denied for lack of sufficient information to support a belief therein. |
| F139 | Denied for lack of sufficient information to support a belief therein. |
| F140 | Denied for lack of sufficient information to support a belief therein. |
| F141 | Denied for lack of information to support a belief therein.  Signal admits that advertisements were placed concerning prospective employment in the United States. |
| F142 | Denied for lack of sufficient information to support a belief therein. |
| F143 | Denied for lack of information to support a belief therein.  Signal admits that advertisements were placed concerning prospective employment in the United States. |
| F144 | Denied for lack of information to support a belief therein.  Signal admits that advertisements were placed concerning prospective employment in the United States. |
| F145 | Denied.  Further answering, Signal communicated with Michael Pol concerning labor needs in early 2006. |
| F146 | Denied for lack of sufficient information to support a belief therein. |
| F147 | Denied for lack of sufficient information to support a belief therein. |
| F148 | Denied for lack of sufficient information to support a belief therein. |
| F149 | Denied for lack of sufficient information to support a belief therein. |
| F150 | Denied for lack of sufficient information to support a belief therein. |
| F151 | Denied.  Further answering, Burnett initiated H2B petitions for H2B skilled workers on May 25, 2006. |
| F152 | Denied for lack of sufficient information to support a belief therein. |
| F153 | Denied for lack of sufficient information to support a belief therein. |
| F154 | Denied for lack of sufficient information to support a belief therein. |
| F155 | Denied for lack of sufficient information to support a belief therein. |
| F156 | Denied for lack of sufficient information to support a belief therein. |

| | |
|---|---|
| F157 | Denied for lack of sufficient information to support a belief therein. Further answering, Signal admits that Signal employees attended some testing of prospective H2B workers in India. |
| F158 | Denied for lack of sufficient information to support a belief therein. |
| F159 | Denied for lack of sufficient information to support a belief therein. |
| F160 | Denied for lack of sufficient information to support a belief therein. |
| F161 | Denied for lack of sufficient information to support a belief therein. |
| F162 | Denied for lack of sufficient information to support a belief therein. Further answering, Signal admits that Signal employees attended some testing of prospective H2B workers in India. |
| F163 | Denied for lack of sufficient information to justify a belief therein. Signal admits that Mr. Bingle signed various immigration documents on Signal's behalf. |
| F164 | Denied for lack of sufficient information to justify a belief therein. Signal admits that Mr. Rigolo signed various immigration documents on Signal's behalf. |
| F165 | Denied for lack of sufficient information to justify a belief therein. Signal admits that Mr. Bingle and Mr. Rigolo signed various immigration documents on Signal's behalf. |
| F166 | Denied for lack of sufficient information to support a belief therein. |
| F167 | Denied for lack of sufficient information to support a belief therein. |
| F168 | Denied for lack of sufficient information to support a belief therein. |
| F169 | Denied for lack of sufficient information to support a belief therein. Further answering, Signal admits that Signal employees attended some testing of prospective H2B workers in India. |
| F170 | Denied for lack of sufficient information to support a belief therein. |
| F171 | Denied for lack of sufficient information to support a belief therein. |
| F172 | Denied for lack of sufficient information to support a belief therein. |
| F173 | Denied for lack of sufficient information to support a belief therein. |
| F174 | Denied for lack of sufficient information to support a belief therein. |
| F175 | Denied for lack of sufficient information to support a belief therein. |
| F176 | Denied for lack of sufficient information to support a belief therein. |
| F177 | Denied for lack of sufficient information to support a belief therein. |
| F178 | Denied for lack of sufficient information to support a belief therein. |
| F179 | Denied for lack of sufficient information to support a belief therein. |
| F180 | Denied for lack of sufficient information to support a belief therein. |
| F181 | Denied for lack of sufficient information to support a belief therein. |
| F182 | Denied for lack of sufficient information to support a belief therein. Further answering, Signal admits that Signal employees attended some testing of prospective H2B workers in India. |

| | |
|---|---|
| F183 | Denied for lack of sufficient information to support a belief therein. Further answering, Signal admits that Signal employees attended some testing of prospective H2B workers in India. |
| F184 | Denied for lack of sufficient information to support a belief therein. |
| F185 | Denied for lack of sufficient information to support a belief therein. |
| F186 | Admitted. |
| F187 | Denied for lack of sufficient information to support a belief therein. |
| F188 | Denied for lack of sufficient information to support a belief therein. |
| F189 | Denied for lack of sufficient information to support a belief therein. |
| F190 | Denied for lack of sufficient information to support a belief therein. |
| F191 | Denied for lack of sufficient information to support a belief therein. |
| F192 | Denied for lack of sufficient information to support a belief therein. |
| F193 | Denied for lack of sufficient information to support a belief therein. |
| F194 | Denied for lack of sufficient information to support a belief therein. |
| F195 | Denied for lack of sufficient information to support a belief therein. |
| F196 | Denied for lack of sufficient information to support a belief therein. |
| F197 | Denied for lack of sufficient information to support a belief therein. |
| F198 | Denied for lack of sufficient information to support a belief therein. |
| F199 | Denied for lack of sufficient information to support a belief therein. |
| F200 | Denied for lack of sufficient information to support a belief therein. |
| F201 | Denied for lack of sufficient information to support a belief therein. |
| F202 | Denied for lack of sufficient information to support a belief therein. |
| F203 | Denied for lack of sufficient information to support a belief therein. |
| F204 | Denied for lack of sufficient information to support a belief therein. |
| F205 | Denied for lack of sufficient information to support a belief therein. |
| F206 | Denied for lack of sufficient information to support a belief therein. Further answering, Signal admits that Signal employees attended some testing of prospective H2B workers in India. |
| F207 | Denied.  Signal admits that it received approval notices for H-2B visa petitions for 590 H-2B workers. |
| F208 | Denied for lack of sufficient information to support a belief therein. |
| F209 | Denied for lack of sufficient information to support a belief therein. |
| F210 | Denied for lack of sufficient information to support a belief therein. Further answering, Signal admits that Signal employees attended some testing of prospective H2B workers in India. |
| F211 | Denied for lack of sufficient information to support a belief therein. |
| F212 | Denied for lack of sufficient information to support a belief therein. |
| F213 | Denied for lack of sufficient information to support a belief therein. Further answering, Signal admits that Signal employees attended some testing of prospective H2B workers in India. |

| | |
|---|---|
| F214 | Denied for lack of sufficient information to support a belief therein. |
| F215 | Denied for lack of information to support a belief therein.  Signal admits that advertisements were placed concerning prospective employment in the United States. |
| F216 | Denied for lack of sufficient information to support a belief therein. |
| F217 | Denied for lack of sufficient information to support a belief therein. |
| F218 | Denied for lack of sufficient information to support a belief therein. |
| F219 | Denied for lack of sufficient information to support a belief therein. |
| F220 | Denied for lack of sufficient information to support a belief therein. |
| F221 | Denied for lack of sufficient information to support a belief therein. Further answering, Signal admits that Signal employees attended some testing of prospective H2B workers in India. |
| F222 | Denied for lack of sufficient information to support a belief therein. |
| F223 | Denied for lack of sufficient information to support a belief therein. |
| F224 | Denied for lack of sufficient information to support a belief therein. |
| F225 | Denied for lack of sufficient information to support a belief therein. |
| F226 | Denied for lack of sufficient information to support a belief therein. |
| F227 | Denied for lack of sufficient information to support a belief therein. |
| F228 | Denied for lack of sufficient information to support a belief therein. |
| F229 | Denied for lack of sufficient information to support a belief therein. Further answering, Signal admits that Signal employees attended some testing of prospective H2B workers in India. |
| F230 | Denied for lack of sufficient information to support a belief therein. |
| F231 | Denied for lack of sufficient information to support a belief therein. |
| F232 | Admitted. |
| F233 | Denied for lack of sufficient information to support a belief therein. |
| F234 | Denied for lack of sufficient information to support a belief therein. |
| F235 | Denied for lack of sufficient information to support a belief therein. |
| F236 | Denied for lack of sufficient information to support a belief therein. |
| F237 | Denied for lack of sufficient information to support a belief therein. |
| F238 | Denied for lack of sufficient information to support a belief therein. |
| F239 | Denied for lack of sufficient information to support a belief therein. Further answering, Signal admits that Signal employees attended some testing of prospective H2B workers in India. |
| F240 | Denied for lack of sufficient information to support a belief therein. |
| F241 | Denied for lack of sufficient information to support a belief therein. |
| F242 | Denied for lack of sufficient information to support a belief therein. |
| F243 | Denied for lack of sufficient information to support a belief therein. |
| F244 | Denied for lack of sufficient information to support a belief therein. |
| F245 | Denied for lack of sufficient information to support a belief therein. |

| | |
|---|---|
| F246 | Denied for lack of sufficient information to support a belief therein. |
| F247 | Denied for lack of sufficient information to support a belief therein. |
| F248 | Denied for lack of sufficient information to support a belief therein. |
| F249 | Denied for lack of sufficient information to support a belief therein. |
| F250 | Denied for lack of sufficient information to support a belief therein. |
| F251 | Denied for lack of sufficient information to support a belief therein. Further answering, Signal admits that Signal employees attended some testing of prospective H2B workers in India. |
| F252 | Denied for lack of sufficient information to support a belief therein. |
| F253 | Denied for lack of sufficient information to support a belief therein. |
| F254 | Denied for lack of sufficient information to support a belief therein. |
| F255 | Denied for lack of sufficient information to support a belief therein. |
| F256 | Denied for lack of sufficient information to support a belief therein. |
| F257 | Denied for lack of sufficient information to support a belief therein. |
| F258 | Denied for lack of sufficient information to support a belief therein. |
| F259 | Denied for lack of sufficient information to support a belief therein. |
| F260 | Denied for lack of sufficient information to support a belief therein. |
| F261 | Denied for lack of sufficient information to support a belief therein. |
| F262 | Denied for lack of sufficient information to support a belief therein. |
| F263 | Denied for lack of sufficient information to support a belief therein. |
| F264 | Denied for lack of sufficient information to support a belief therein. |
| F265 | Denied for lack of sufficient information to support a belief therein. |
| F266 | Denied for lack of sufficient information to support a belief therein. |
| F267 | Denied for lack of sufficient information to support a belief therein. |
| F268 | Denied for lack of sufficient information to support a belief therein. |
| F269 | Denied for lack of sufficient information to support a belief therein. |
| F270 | Denied for lack of sufficient information to support a belief therein. |
| F271 | Denied for lack of sufficient information to support a belief therein. |
| F272 | Denied for lack of sufficient information to support a belief therein. |
| F273 | Denied for lack of sufficient information to support a belief therein. |
| F274 | Denied for lack of sufficient information to support a belief therein. Further answering, Signal admits that Signal employees attended some testing of prospective H2B workers in India. |
| F275 | Denied for lack of sufficient information to support a belief therein. |
| F276 | Denied for lack of sufficient information to support a belief therein. |
| F277 | Denied for lack of sufficient information to support a belief therein. |
| F278 | Denied for lack of sufficient information to support a belief therein. |
| F279 | Denied for lack of sufficient information to support a belief therein. |
| F280 | Denied for lack of sufficient information to support a belief therein. |
| F281 | Denied for lack of sufficient information to support a belief therein. |

| | |
|---|---|
| F282 | Denied for lack of sufficient information to support a belief therein. |
| F283 | Denied for lack of sufficient information to support a belief therein. |
| F284 | Denied for lack of sufficient information to support a belief therein. |
| F285 | Denied for lack of sufficient information to support a belief therein. Further answering, Signal admits that Signal employees attended some testing of prospective H2B workers in India. |
| F286 | Denied for lack of sufficient information to support a belief therein. |
| F287 | Denied for lack of sufficient information to support a belief therein. |
| F288 | Denied for lack of sufficient information to support a belief therein. |
| F289 | Denied for lack of sufficient information to support a belief therein. |
| F290 | Denied for lack of sufficient information to support a belief therein. |
| F291 | Denied for lack of sufficient information to support a belief therein. |
| F292 | Denied for lack of sufficient information to support a belief therein. |
| F293 | Denied for lack of sufficient information to support a belief therein. |
| F294 | Denied for lack of sufficient information to support a belief therein. |
| F295 | Denied for lack of sufficient information to support a belief therein. |
| F296 | Denied for lack of sufficient information to support a belief therein. |
| F297 | Denied for lack of sufficient information to support a belief therein. |
| F298 | Denied for lack of sufficient information to support a belief therein. |
| F299 | Denied for lack of sufficient information to support a belief therein. |
| F300 | Denied for lack of sufficient information to support a belief therein. |
| F301 | Denied for lack of sufficient information to support a belief therein. |
| F302 | Denied for lack of sufficient information to support a belief therein. |
| F303 | Denied for lack of sufficient information to support a belief therein. |
| F304 | Denied for lack of sufficient information to support a belief therein. |
| F305 | Denied for lack of sufficient information to support a belief therein. |
| F306 | Denied for lack of sufficient information to support a belief therein. |
| F307 | Denied for lack of sufficient information to support a belief therein. |
| F308 | Denied for lack of sufficient information to support a belief therein. |
| F309 | Denied for lack of sufficient information to support a belief therein. |
| F310 | Denied for lack of sufficient information to support a belief therein. |
| F311 | Denied for lack of sufficient information to support a belief therein. |
| F312 | Denied for lack of sufficient information to support a belief therein. |
| F313 | Denied for lack of sufficient information to support a belief therein. |
| F314 | Denied for lack of sufficient information to support a belief therein. |
| F315 | Denied for lack of sufficient information to support a belief therein. |
| F316 | Denied for lack of sufficient information to support a belief therein. |
| F317 | Denied for lack of sufficient information to support a belief therein. |
| F318 | Denied for lack of sufficient information to support a belief therein. |

| | |
|---|---|
| F319 | Denied for lack of sufficient information to support a belief therein. |
| F320 | Denied for lack of sufficient information to support a belief therein. |
| F321 | Denied for lack of sufficient information to support a belief therein. |
| F322 | Denied for lack of sufficient information to support a belief therein. |
| F323 | Denied for lack of sufficient information to support a belief therein. |
| F324 | Denied for lack of sufficient information to support a belief therein. |
| F325 | Denied for lack of sufficient information to support a belief therein. |
| F326 | Denied for lack of sufficient information to support a belief therein. |
| F327 | Denied for lack of sufficient information to support a belief therein. |
| F328 | Denied for lack of sufficient information to support a belief therein. |
| F329 | Denied for lack of sufficient information to support a belief therein. |
| F330 | Denied for lack of sufficient information to support a belief therein. |
| F331 | Denied for lack of sufficient information to support a belief therein. |
| F332 | Denied for lack of sufficient information to support a belief therein. |
| F333 | Denied for lack of sufficient information to support a belief therein. |
| F334 | Denied for lack of sufficient information to support a belief therein. |
| F335 | Denied for lack of sufficient information to support a belief therein. |
| F336 | Denied for lack of sufficient information to support a belief therein. |
| F337 | Denied for lack of sufficient information to support a belief therein. |
| F338 | Denied for lack of sufficient information to support a belief therein. |
| F339 | Denied for lack of sufficient information to support a belief therein. |
| F340 | Denied for lack of sufficient information to support a belief therein. |
| F341 | Denied for lack of sufficient information to support a belief therein. |
| F342 | Denied for lack of sufficient information to support a belief therein. |
| F343 | Denied for lack of sufficient information to support a belief therein. |
| F344 | Denied for lack of sufficient information to support a belief therein. |
| F345 | Denied for lack of sufficient information to support a belief therein. |
| F346 | Denied for lack of sufficient information to support a belief therein. Further answering, Signal admits that Signal employees attended some testing of prospective H2B workers in India. |
| F347 | Denied for lack of sufficient information to support a belief therein. |
| F348 | Denied for lack of sufficient information to support a belief therein. |
| F349 | Denied for lack of sufficient information to support a belief therein. |
| F350 | Denied for lack of sufficient information to support a belief therein. |
| F351 | Denied for lack of sufficient information to support a belief therein. |
| F352 | Denied for lack of sufficient information to support a belief therein. |
| F353 | Denied for lack of sufficient information to support a belief therein. |
| F354 | Denied for lack of sufficient information to support a belief therein. |
| F355 | Denied for lack of sufficient information to support a belief therein. |

| | |
|---|---|
| F356 | Denied for lack of sufficient information to support a belief therein. |
| F357 | Denied for lack of sufficient information to support a belief therein. |
| F358 | Denied for lack of sufficient information to support a belief therein. |
| F359 | Denied for lack of sufficient information to support a belief therein. |
| F360 | Denied for lack of sufficient information to support a belief therein. |
| F361 | Denied for lack of sufficient information to support a belief therein. |
| F362 | Denied for lack of sufficient information to support a belief therein. |
| F363 | Denied for lack of sufficient information to support a belief therein. |
| F364 | Denied for lack of sufficient information to support a belief therein. |
| F365 | Denied for lack of sufficient information to support a belief therein. |
| F366 | Denied for lack of sufficient information to support a belief therein. |
| F367 | Denied for lack of sufficient information to support a belief therein. |
| F368 | Denied for lack of sufficient information to support a belief therein. |
| F369 | Denied for lack of sufficient information to support a belief therein. |
| F370 | Denied for lack of sufficient information to support a belief therein. |
| F371 | Denied for lack of sufficient information to support a belief therein. |
| F372 | Denied for lack of sufficient information to support a belief therein. |
| F373 | Denied for lack of sufficient information to support a belief therein. |
| F374 | Denied for lack of sufficient information to support a belief therein. |
| F375 | Denied for lack of sufficient information to support a belief therein. |
| F376 | Denied for lack of sufficient information to support a belief therein. |
| F377 | Denied for lack of sufficient information to support a belief therein. |
| F378 | Denied for lack of sufficient information to support a belief therein. |
| F379 | Denied for lack of sufficient information to support a belief therein. |
| F380 | Denied for lack of sufficient information to support a belief therein. Further answering, Signal admits that Signal employees attended some testing of prospective H2B workers in India. |
| F381 | Denied for lack of sufficient information to support a belief therein. |
| F382 | Denied for lack of sufficient information to support a belief therein. |
| F383 | Denied for lack of sufficient information to support a belief therein. |
| F384 | Denied for lack of sufficient information to support a belief therein. |
| F385 | Denied for lack of sufficient information to support a belief therein. |
| F386 | Denied for lack of sufficient information to support a belief therein. |
| F387 | Denied for lack of sufficient information to support a belief therein. |
| F388 | Denied for lack of sufficient information to support a belief therein. |
| F389 | Denied for lack of sufficient information to support a belief therein. |
| F390 | Denied for lack of sufficient information to support a belief therein. |
| F391 | Denied for lack of sufficient information to support a belief therein. |
| F392 | Denied for lack of sufficient information to support a belief therein. |

Case 2:13-cv-06218-SM-DEK   Document 411   Filed 12/02/14   Page 14 of 16

| | |
|---|---|
| F393 | Denied for lack of sufficient information to support a belief therein. |
| F394 | Denied for lack of sufficient information to support a belief therein. |
| F395 | Denied for lack of sufficient information to support a belief therein. |
| F396 | Denied for lack of sufficient information to support a belief therein. |
| F397 | Denied for lack of sufficient information to support a belief therein. |
| F398 | Denied for lack of sufficient information to support a belief therein. |
| F399 | Denied for lack of sufficient information to support a belief therein. |
| F400 | Denied for lack of sufficient information to support a belief therein. |
| F401 | Denied for lack of sufficient information to support a belief therein. |
| F402 | Denied for lack of sufficient information to support a belief therein. |
| F403 | Denied for lack of sufficient information to support a belief therein. |
| F404 | Denied for lack of sufficient information to support a belief therein. |
| F405 | Denied for lack of sufficient information to support a belief therein. |
| F406 | Denied for lack of sufficient information to support a belief therein. |
| F407 | Denied for lack of sufficient information to support a belief therein. |
| F408 | Denied for lack of sufficient information to support a belief therein. |
| F409 | Denied for lack of sufficient information to support a belief therein. |
| F410 | Denied for lack of sufficient information to support a belief therein. |
| F411 | Denied for lack of sufficient information to support a belief therein. |
| F412 | Denied for lack of sufficient information to support a belief therein. |
| F413 | Denied for lack of sufficient information to support a belief therein. |
| F414 | Denied for lack of sufficient information to support a belief therein. |
| F415 | Denied for lack of sufficient information to support a belief therein. |
| F416 | Denied for lack of sufficient information to support a belief therein. |
| F417 | Denied for lack of sufficient information to support a belief therein. |
| F418 | Denied for lack of sufficient information to support a belief therein. |
| F419 | Denied for lack of sufficient information to support a belief therein. |
| F420 | Denied for lack of sufficient information to support a belief therein. |
| F421 | Denied for lack of sufficient information to support a belief therein. |
| F422 | Denied for lack of sufficient information to support a belief therein. |
| F423 | Denied for lack of sufficient information to support a belief therein. |
| F424 | Denied for lack of sufficient information to support a belief therein. |
| F425 | Denied for lack of sufficient information to support a belief therein. |
| F426 | Denied for lack of sufficient information to support a belief therein. |
| F427 | Denied for lack of sufficient information to support a belief therein. |
| F428 | Denied for lack of sufficient information to support a belief therein. |
| F429 | Denied for lack of sufficient information to support a belief therein. |
| F430 | Denied for lack of sufficient information to support a belief therein. |
| F431 | Denied for lack of sufficient information to support a belief therein. |

14

Respectfully submitted,

*/s/ Erin Casey Hangartner*_____
Erin Casey Hangartner, La. Bar No. 24768
Alan Dean Weinberger, La. Bar No. 13331
Hal D. Ungar, La. Bar No. 31344
Elham R. Rabbani, La. Bar No. 33322
Brian C. Roux, La. Bar No. 35298
Lance R. Rydberg, La. Bar No. 02089
Mitchell P. Hasenkampf, La. Bar No. 32870
Robert L. Keller III, La. Bar No. 35188
Kevin P. Maney, La. Bar No. 33956
Lauren Masur Davis, La. Bar No. 34669
HANGARTNER RYDBERG & TERRELL, LLC
701 Poydras Street, Suite 310
New Orleans, LA 70139
Telephone: (504) 522-5690
Facsimile:  (504) 522-5689
ehangartner@hanrylaw.com
aweinberger@hanrylaw.com
hungar@hanrylaw.com
erabbani@hanrylaw.com
broux@hanrylaw.com
lrydberg@hanrylaw.com
mhasenkampf@hanrylaw.com
rkeller@hanrylaw.com
kmaney@hanrylaw.com
lmasur@hanrylaw.com

And

Patricia A. Bollman, La. Bar 17563
James L. Cornblatt, (Pro Hac Vice)
Patricia A. Bollman,
A Professional Law Corporation
Post Office Box 13707
New Orleans, LA 70185
Telephone: (504) 218-5887
Facsimile: (504) 304-0890
patricia@bollmanfirm.com
cornblatt25@gmail.com

***Counsel for Signal International, L.L.C.***
***Signal International, Inc.,***
***Signal International Texas, G.P., and***
***Signal International Texas, L.P.***

15

**CERTIFICATE OF SERVICE**

I hereby certify that on November 25, 2014, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to non-CM/ECF participants.

*/s/ Erin Casey Hangartner*
ERIN CASEY HANGARTNER