UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KURIAN DAVID, et al.**<br>    **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **No. 08-1220** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>    **Defendants** | **SECTION "E"** |
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br>    **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **No. 12-557** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>    **Defendants** | **SECTION "E"** |
| **LAKSHMANAN PONNAYAN ACHARI, et al.,**<br>    **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **No. 13-6218**<br> **(c/w 13-6219, 13-6220, 13-6221, 14-732, 14-1818)** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>    **Defendants** | **SECTION "E"** |

**Applies To:**
*Achari v. Signal*
**(No. 13-6218 c/w 13-6219, 13-6220, 13-6221, 14-732, 14-1818)**

1

## **ORDER**

The parties shall adhere to the following deadlines:

| **All Consolidated Cases** | |
|---|---|
| Status conference | **December 17, 2014** at **3:00 p.m** |
| Status conference | **February 11, 2015** at **3:00 p.m.** |
| Status conference | **April 1, 2015** at **2:00 p.m.** |
| Status conference | **September 9, 2015** at **1:00 p.m.** |
| Status conference | **November 9, 2015** at **1:00 p.m.** |

| **All Consolidated Cases** (except 14-1818) | |
|---|---|
| Exchange of fact witness and exhibit lists | Filed and served by **September 19, 2014** |
| Exchange of expert witness list | Filed and served by **September 30, 2014** |
| Status Conference | **October 30, 2014 at 2:00 p.m.** |
| End of fact discovery, including fact depositions for use at trial | Completed by **November 28, 2014** |
| Depositions of Jomon George and Shajii Veluthalakuzhiyil Nanoo | **December 10, 2014** |
| Plaintiffs' expert reports (except experts on attorneys' fees) | Delivered to defense counsel by **December 31, 2014** |
| Defendants' expert reports, including rebuttal expert reports (except experts on attorneys' fees) | Delivered to Plaintiffs' counsel by **January 30, 2015** |
| Plaintiffs' rebuttal expert reports (except experts on attorneys' fees) | Delivered to defense counsel by **February 13, 2015** |
| Expert depositions, including depositions for use at trial | Completed by **March 13, 2015** |
| Non-evidentiary pretrial motions and motions *in limine* regarding | Filed and served no later than **April 1,** |

| the admissibility of expert testimony | **2015** |
|---|---|
| Responses/oppositions to non-evidentiary pretrial motions and motions *in limine* regarding the admissibility of expert testimony | Filed and served no later than **April 16, 2015** |
| Dispositive motions | Filed and served no later than **April 16, 2015** |
| Replies to oppositions to non-evidentiary pretrial motions and motions *in limine* regarding the admissibility of expert testimony | Filed and served no later than **April 30, 2015** |
| Oppositions to dispositive motions | Filed and served no later than **April 30, 2015** |
| Replies to oppositions to dispositive motions | Filed and served no later than **May 15, 2015** |
| <div align="center">***Achari* case**</div> ||
| Deadline to submit list of proposed plaintiffs for second jury trial | **January 31, 2015** |
| Final witness and exhibit lists | Filed and served no later than **May 18, 2015** |
| Pretrial order | Filed by **June 10, 2015** at **5:00 p.m.** |
| Pretrial conference | **June 15, 2015** at **2:00 p.m.** |
| Motions *in limine* (other than those regarding the admissibility of expert testimony) and memoranda in support | Filed and served no later than **June 15, 2015** at **5:00 p.m.** |
| Responses to non-expert motions *in limine* and memoranda in support | Filed and served no later than **June 22, 2015** at **5:00 p.m.** |
| Deadline to exchange deposition excerpts intended to be | Filed and served no later than **June 22,** |

| | |
|---|---|
| introduced in lieu of live testimony | **2015** at **5:00 p.m.** |
| Joint statement of the case | Filed by **June 26, 2015** at **5:00 p.m.** *See* pretrial notice at p. 7. |
| Joint jury instructions | Filed and emailed to the Court by **June 26, 2015** at **5:00 p.m.** *See* pretrial notice at pp. 7-8. |
| Joint proposed jury verdict form (or if agreement cannot be reached, separate proposed jury verdict forms and a joint memorandum explaining the disagreements between the parties as to the verdict form). | Filed by **June 26, 2015** at **5:00 p.m.** *See* pretrial notice at p. 8. |
| Proposed special voir dire questions | Filed by **June 26, 2015** at **5:00 p.m.** *See* pretrial notice at p. 8. |
| Objections to exhibits and supporting memoranda<br><br>**Note:** Each objection must identify the relevant objected-to exhibit by the number assigned to the exhibit in the joint bench book(s). *See* pretrial notice at p. 5. | Filed by **June 26, 2015** at **5:00 p.m.** *See* pretrial notice at p. 5. |
| Two copies of joint bench book(s) of tabbed exhibits, with indices of "objected-to" and "unobjected-to" exhibits, identifying which party will offer each exhibit and which witness will testify regarding the exhibit at trial | Delivered to the Court by **June 26, 2015** at **5:00 p.m.** *See* pretrial notice at p. 5. |
| Objections to deposition testimony and supporting memoranda<br><br>(Counsel first shall confer to attempt to resolve any such objections, *see* p. 6 of the pretrial | Filed by **June 26, 2015** at **5:00 p.m.** *See* pretrial notice at p. 6. |

4

| | |
|---|---|
| notice.) | |
| Responses to objections to exhibits and supporting memoranda | Filed by **June 31, 2015** at **5:00 p.m.**  *See* pretrial notice at p. 5. |
| Responses to objections to deposition testimony and supporting memoranda | Filed by **June 31, 2015** at **5:00 p.m.**  *See* pretrial notice at p. 6. |
| If counsel intends to ask questions on cross-examination of an economic expert which require mathematical calculations | The factual elements of such questions shall be submitted to the expert witness by **June 31, 2015** at **5:00 p.m.**  *See* pretrial notice at p. 7. |
| List and brief description of any charts, graphs, models, schematic diagrams, and similar objects intended to be used in opening statements or closing arguments | Provided to opposing counsel by **June 31, 2015** at **5:00 p.m.**  *See* pretrial notice at pp. 6-7. |
| Objections to any charts, graphs, models, schematic diagrams, and similar objects intended to be used by opposing counsel in opening statements or closing *arguments* | Filed by **July 1, 2015** at **5:00 p.m.**  *See* pretrial notice at pp. 6-7. |
| Jury trial for <u>10 plaintiffs</u> | **July 6, 2015**, at **9:00 a.m.** (estimated to last **1** month) |
| Second jury trial | **October 31, 2016,** at **9:00 a.m.** (estimated to last **1** month) |
| <div align="center">***Chakkiyattil* case**</div> ||
| Deadline to submit list of proposed plaintiffs for second jury trial | **March 31, 2015** |
| Final witness and exhibit lists | Filed and served no later than **November 23, 2015** |
| Pretrial order | Filed by **December 9, 2015** at **5:00 p.m.** |

5

| Pretrial conference | **December 14, 2015** at **2:00 p.m.** |
|---|---|
| Motions *in limine* (other than those regarding the admissibility of expert testimony) and memoranda in support | Filed and served no later than **December 14, 2015** at **5:00 p.m.** |
| Deadline to exchange deposition excerpts intended to be introduced in lieu of live testimony | Filed and served no later than **December 21, 2015** at **5:00 p.m.** |
| Responses to non-expert motions *in limine* and memoranda in support | Filed and served no later than **December 21, 2015** at **5:00 p.m.** |
| Joint statement of the case | Filed by **December 28, 2015** at **5:00 p.m.** *See* pretrial notice at p. 7. |
| Joint jury instructions | Filed and emailed to the Court by **December 28, 2015** at **5:00 p.m.** *See* pretrial notice at pp. 7-8. |
| Joint proposed jury verdict form (or if agreement cannot be reached, separate proposed jury verdict forms and a joint memorandum explaining the disagreements between the parties as to the verdict form). | Filed by **December 28, 2015** at **5:00 p.m.** *See* pretrial notice at p. 8. |
| Proposed special voir dire questions | Filed by **December 28, 2015** at **5:00 p.m.** *See* pretrial notice at p. 8. |
| Objections to exhibits and supporting memoranda<br><br>**Note:** Each objection must identify the relevant objected-to exhibit by the number assigned to the exhibit in the joint bench book(s). *See* pretrial notice at p. 5. | Filed by **December 28, 2015** at **5:00 p.m.** *See* pretrial notice at p. 5. |
| Two copies of joint bench book(s) of tabbed exhibits, with indices of | Delivered to the Court by **December 28, 2015** at **5:00 p.m.** *See* pretrial notice at |

6

| | |
|---|---|
| "objected-to" and "unobjected-to" exhibits, identifying which party will offer each exhibit and which witness will testify regarding the exhibit at trial | p. 5. |
| Objections to deposition testimony and supporting memoranda<br><br>(Counsel first shall confer to attempt to resolve any such objections, *see* p. 6 of the pretrial notice.) | Filed by **December 28, 2015** at **5:00 p.m.**  *See* pretrial notice at p. 6. |
| Responses to objections to exhibits and supporting memoranda | Filed by **December 30, 2015** at **5:00 p.m.**  *See* pretrial notice at p. 5. |
| Responses to objections to deposition testimony and supporting memoranda | Filed by **December 30, 2015** at **5:00 p.m.**  *See* pretrial notice at p. 6. |
| If counsel intends to ask questions on cross-examination of an economic expert which require mathematical calculations | The factual elements of such questions shall be submitted to the expert witness by **December 30, 2015** at **5:00 p.m.**  *See* pretrial notice at p. 7. |
| List and brief description of any charts, graphs, models, schematic diagrams, and similar objects intended to be used in opening statements or closing arguments | Provided to opposing counsel by **December 30, 2015** at **5:00 p.m.**  *See* pretrial notice at pp. 6-7. |
| Objections to any charts, graphs, models, schematic diagrams, and similar objects intended to be used by opposing counsel in opening statements or closing *arguments* | Filed by **December 31, 2015** at **5:00 p.m.**  *See* pretrial notice at pp. 6-7. |
| Jury trial for <u>10 plaintiffs</u> | **January 4, 2016**, at **9:00 a.m.** (estimated to last **1** month) |
| Second jury trial | **January 9, 2017** at **9:00 a.m.** (estimated to last **1** month) |

| ***Krishnakutty* case and *Singh* case** ||
| --- | --- |
| Final witness and exhibit lists | Filed and served no later than **January 18, 2016** |
| Pretrial order | Filed by **February 3, 2016** at **5:00 p.m.** |
| Pretrial conference | **February 8, 2016** at **2:00 p.m.** |
| Motions *in limine* (other than those regarding the admissibility of expert testimony) and memoranda in support | Filed and served no later than **February 8, 2016** at **5:00 p.m.** |
| Deadline to exchange deposition excerpts intended to be introduced in lieu of live testimony | Filed and served no later than **February 15, 2016** at **5:00 p.m.** |
| Responses to non-expert motions *in limine* and memoranda in support | Filed and served no later than **February 15, 2016** at **5:00 p.m.** |
| Joint statement of the case | Filed by **February 22, 2016** at **5:00 p.m.** *See* pretrial notice at p. 7. |
| Joint jury instructions | Filed and emailed to the Court by **February 22, 2016** at **5:00 p.m.** *See* pretrial notice at pp. 7-8. |
| Joint proposed jury verdict form (or if agreement cannot be reached, separate proposed jury verdict forms and a joint memorandum explaining the disagreements between the parties as to the verdict form). | Filed by **February 22, 2016** at **5:00 p.m.** *See* pretrial notice at p. 8. |
| Proposed special voir dire questions | Filed by **February 22, 2016** at **5:00 p.m.** *See* pretrial notice at p. 8. |
| Objections to exhibits and supporting memoranda<br><br>**Note:** Each objection must | Filed by **February 22, 2016** at **5:00 p.m.** *See* pretrial notice at p. 5. |

| | |
|---|---|
| identify the relevant objected-to exhibit by the number assigned to the exhibit in the joint bench book(s). *See* pretrial notice at p. 5. | |
| Two copies of joint bench book(s) of tabbed exhibits, with indices of "objected-to" and "unobjected-to" exhibits, identifying which party will offer each exhibit and which witness will testify regarding the exhibit at trial | Delivered to the Court by **February 22, 2016** at **5:00 p.m.** *See* pretrial notice at p. 5. |
| Objections to deposition testimony and supporting memoranda<br><br>(Counsel first shall confer to attempt to resolve any such objections, *see* p. 6 of the pretrial notice.) | Filed by **February 22, 2016** at **5:00 p.m.** *See* pretrial notice at p. 6. |
| Responses to objections to exhibits and supporting memoranda | Filed by **February 24, 2016** at **5:00 p.m.** *See* pretrial notice at p. 5. |
| Responses to objections to deposition testimony and supporting memoranda | Filed by **February 24, 2016** at **5:00 p.m.** *See* pretrial notice at p. 6. |
| If counsel intends to ask questions on cross-examination of an economic expert which require mathematical calculations | The factual elements of such questions shall be submitted to the expert witness by **February 24, 2016** at **5:00 p.m.** *See* pretrial notice at p. 7. |
| List and brief description of any charts, graphs, models, schematic diagrams, and similar objects intended to be used in opening statements or closing arguments | Provided to opposing counsel by **February 24, 2016** at **5:00 p.m.** *See* pretrial notice at pp. 6-7. |
| Objections to any charts, graphs, models, schematic diagrams, and similar objects intended to be used by opposing counsel in | Filed by **February 25, 2016** at **5:00 p.m.** *See* pretrial notice at pp. 6-7. |

9

| | |
|---|---|
| opening statements or closing *arguments* | |
| Jury trial | **February 29, 2016**, at **9:00 a.m.** (estimated to last **1** month) |
| ***Devassy* case** | |
| Final witness and exhibit lists | Filed and served no later than **March 21, 2016** |
| Pretrial order | Filed by **April 6, 2016** at **5:00 p.m.** |
| Pretrial conference | **April 11, 2016** at **2:00 p.m.** |
| Motions *in limine* (other than those regarding the admissibility of expert testimony) and memoranda in support | Filed and served no later than **April 11, 2016** at **5:00 p.m.** |
| Deadline to exchange deposition excerpts intended to be introduced in lieu of live testimony | Filed and served no later than **April 18, 2016** at **5:00 p.m.** |
| Responses to non-expert motions *in limine* and memoranda in support | Filed and served no later than **April 18, 2016** at **5:00 p.m.** |
| Joint statement of the case | Filed by **April 25, 2016** at **5:00 p.m.** *See* pretrial notice at p. 7. |
| Joint jury instructions | Filed and emailed to the Court by **April 25, 2016** at **5:00 p.m.** *See* pretrial notice at pp. 7-8. |
| Joint proposed jury verdict form (or if agreement cannot be reached, separate proposed jury verdict forms and a joint memorandum explaining the disagreements between the parties as to the verdict form). | Filed by **April 25, 2016** at **5:00 p.m.** *See* pretrial notice at p. 8. |
| Proposed special voir dire | Filed by **April 25, 2016** at **5:00 p.m.** *See* |

| | |
|---|---|
| questions | pretrial notice at p. 8. |
| Objections to exhibits and supporting memoranda<br><br>**Note:** Each objection must identify the relevant objected-to exhibit by the number assigned to the exhibit in the joint bench book(s). *See* pretrial notice at p. 5. | Filed by **April 25, 2016** at **5:00 p.m.** *See* pretrial notice at p. 5. |
| Two copies of joint bench book(s) of tabbed exhibits, with indices of "objected-to" and "unobjected-to" exhibits, identifying which party will offer each exhibit and which witness will testify regarding the exhibit at trial | Delivered to the Court by **April 25, 2016** at **5:00 p.m.** *See* pretrial notice at p. 5. |
| Objections to deposition testimony and supporting memoranda<br><br>(Counsel first shall confer to attempt to resolve any such objections, *see* p. 6 of the pretrial notice.) | Filed by **April 25, 2016** at **5:00 p.m.** *See* pretrial notice at p. 6. |
| Responses to objections to exhibits and supporting memoranda | Filed by **April 27, 2016** at **5:00 p.m.** *See* pretrial notice at p. 5. |
| Responses to objections to deposition testimony and supporting memoranda | Filed by **April 27, 2016** at **5:00 p.m.** *See* pretrial notice at p. 6. |
| If counsel intends to ask questions on cross-examination of an economic expert which require mathematical calculations | The factual elements of such questions shall be submitted to the expert witness by **April 27, 2016** at **5:00 p.m.** *See* pretrial notice at p. 7. |
| List and brief description of any charts, graphs, models, schematic diagrams, and similar objects intended to be used in opening | Provided to opposing counsel by **April 27, 2016** at **5:00 p.m.** *See* pretrial notice at pp. 6-7. |

11

| | |
|---|---|
| statements or closing arguments | |
| Objections to any charts, graphs, models, schematic diagrams, and similar objects intended to be used by opposing counsel in opening statements or closing *arguments* | Filed by **April 28, 2016** at **5:00 p.m.** *See* pretrial notice at pp. 6-7. |
| Jury trial | **May 2, 2016**, at **9:00 a.m.** (estimated to last **two weeks**) |

| | |
|---|---|
| ***Thomas* case** | |
| Deadline to submit list of proposed plaintiffs for first jury trial | **December 31, 2014** |
| Exchange of expert witness lists | Filed and served by **November 16, 2015** |
| Depositions of Signal employees | Completed by **December 18, 2015** |
| End of fact discovery, including fact depositions for use at trial | Completed by **January 7, 2016** |
| Exchange of exhibit lists | Filed and served by **February 15, 2016** |
| Plaintiffs' expert reports (except experts on attorneys' fees) | Delivered to defense counsel by **March 14, 2016** |
| Defendants' expert reports (except experts on attorneys' fees) | Delivered to plaintiffs' counsel by **March 28, 2016** |
| Plaintiffs' rebuttal expert reports (except experts on attorneys' fees) | Delivered to defense counsel by **April 6, 2016** |
| Expert depositions, including depositions for use at trial | Completed by **May 6, 2016** |
| Non-evidentiary pretrial motions and motions *in limine* regarding the admissibility of expert testimony | Filed and served no later than **May 13, 2016** |

| Dispositive motions | Filed and served no later than **May 20, 2016** |
|---|---|
| Responses/oppositions to non-evidentiary pretrial motions and motions *in limine* regarding the admissibility of expert testimony | Filed and served no later than **May 27, 2016** |
| Replies to oppositions to non-evidentiary pretrial motions and motions *in limine* regarding the admissibility of expert testimony | Filed and served no later than **June 1, 2016** |
| Oppositions to dispositive motions | Filed and served no later than **June 3, 2016** |
| Replies to oppositions to dispositive motions | Filed and served no later than **June 8, 2016** |
| Final witness and exhibit lists | Filed and served no later than **June 8, 2016** |
| Pretrial order | Filed by **June 13, 2016** at **5:00 p.m.** |
| Pretrial conference | **June 16, 2016,** at **2:00 p.m** |
| Motions *in limine* (other than those regarding the admissibility of expert testimony) and memoranda in support | Filed and served no later than **June 22, 2016** at **5:00 p.m.** |
| Responses to non-expert motions *in limine* and memoranda in support | Filed and served no later than **June 29, 2016** at **5:00 p.m.** |
| Deadline to exchange deposition excerpts intended to be introduced in lieu of live testimony | **June 29, 2016** at **5:00 p.m.** |
| Joint statement of the case | Filed by **July 1, 2016** at **5:00 p.m.** *See* pretrial notice at p. 7. |
| Joint jury instructions | Filed and emailed to the Court by **July 1, 2016** at **5:00 p.m.** *See* pretrial notice at pp. 7-8. |

| | |
|---|---|
| Joint proposed jury verdict form (or if agreement cannot be reached, separate proposed jury verdict forms and a joint memorandum explaining the disagreements between the parties as to the verdict form). | Filed by **July 1, 2016** at **5:00 p.m**. *See* pretrial notice at p. 8. |
| Proposed special voir dire questions | Filed by **July 1, 2016** at **5:00 p.m**. *See* pretrial notice at p. 8. |
| Objections to exhibits and supporting memoranda<br><br>**Note:** Each objection must identify the relevant objected-to exhibit by the number assigned to the exhibit in the joint bench book(s).  *See* pretrial notice at p. 5. | Filed by **July 1, 2016** at **5:00 p.m**. *See* pretrial notice at p. 5. |
| Two copies of joint bench book(s) of tabbed exhibits, with indices of "objected-to" and "unobjected-to" exhibits, identifying which party will offer each exhibit and which witness will testify regarding the exhibit at trial | Delivered to the Court by **July 1, 2016** at **5:00 p.m**. *See* pretrial notice at p. 5. |
| Objections to deposition testimony and supporting memoranda<br><br>(Counsel first shall confer to attempt to resolve any such objections, *see* p. 6 of the pretrial notice.) | Filed by **July 1, 2016** at **5:00 p.m**. *See* pretrial notice at p. 6. |
| Responses to objections to exhibits and supporting memoranda | Filed by **July 6, 2016** at **5:00 p.m**.  *See* pretrial notice at p. 5. |
| Responses to objections to deposition testimony and supporting memoranda | Filed by **July 6, 2016** at **5:00 p.m**.   *See* pretrial notice at p. 6. |

| If counsel intends to ask questions on cross-examination of an economic expert which require mathematical calculations | The factual elements of such questions shall be submitted to the expert witness by **July 6, 2016** at **5:00 p.m**. *See* pretrial notice at p. 7. |
|---|---|
| List and brief description of any charts, graphs, models, schematic diagrams, and similar objects intended to be used in opening statements or closing *arguments* | Provided to opposing counsel by **July 6, 2016** at **5:00 p.m**. *See* pretrial notice at pp. 6-7. |
| Objections to any charts, graphs, models, schematic diagrams, and similar objects intended to be used by opposing counsel in opening statements or closing arguments | Filed by **July 7, 2016** at **5:00 p.m**.  *See* pretrial notice at pp. 6-7. |
| First jury trial | **July 12, 2016** at **9:00 a.m.** (estimated to last **1** month) |

**New Orleans, Louisiana, this 30th day of November, 2014.**

_____
**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**

15