UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KURIAN DAVID, et al<br>    Plaintiffs<br><br>VERSUS<br><br>SIGNAL INTERNATIONAL, LLC, et al,<br>    Defendants<br><br>*Related Cases:*<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>    Plaintiff<br><br>VERSUS<br><br>SIGNAL INTERNATIONAL, LLC, et al.,<br>    Defendants<br><br>LAKSHMANAN PONNAYANAN ACHARI, et al.,<br>    Plaintiffs<br><br>VERSUS<br><br>SIGNAL INTERNATIONAL, LLC, et al.,<br>    Defendants<br><br>**Applies To:** *Thomas v. Signal,* **No. 14-1818** | CIVIL ACTION<br>No. 08-1220<br>SECTION "E"<br><br><br><br><br><br><br><br>CIVIL ACTION<br>No. 12-557<br>SECTION "E"<br><br><br><br><br><br><br><br>CIVIL ACTION<br>No. 13-6218 (c/w 13-6219,<br>13-6220, 13-6221, 14-732,<br>and 14-1818)<br>SECTION "E" |

## *THOMAS* PLAINTIFFS' UNOPPOSED NOTICE OF
## FIRST SET OF PROPOSED PLAINTIFFS FOR TRIAL

Pursuant to the scheduling order entered by the Court on December 2, 2014 (Docket No. 412), the *Thomas* plaintiffs propose the following plaintiffs for the first jury trial: George Kutty Puthiya Parampil Thomas; Babu Karippai Ouseph; Kantibhai Khemabhai Prajapati; Sivakumar Ramakrishnan Nair; Baiju Paul; Sunny Cherian; Yacob Thachil Varghese;

Zakir Husain Ghulam Husain; Joshy Kaiprampattu Joseph; Mathew Jackson.  Defendants have no objections to any of the proposed plaintiffs for the first jury trial.

Respectfully submitted,

Dated:  December 31, 2014					By:   /s/ Jane W. Parver				
Jane W. Parver (*pro hac vice*)
New York Bar No. 1008267
Michael Blechman (*pro hac vice*)
New York Bar No. 1074814
Randolph Sherman (*pro hac vice*)
New York Bar No. 1040278
Michael S. Bullerman (*pro hac vice*)
New York Bar No. 4483970
Tricia Beckles (*pro hac vice*)
New York Bar No. 4665022
Thomas Szivos (*pro hac vice*)
New York Bar No. 4889226
Yonina Rosenbaum (*pro hac vice*)
New York Bar No. 4942108
KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
212-836-8000
michael.blechman@kayescholer.com
randolph.sherman@kayescholer.com
jane.parver@kayescholer.com
michael.bullerman@kayescholer.com
tricia.beckles@kayescholer.com
thomas.szivos@kayescholer.com
yonina.rosenbaum@kayescholer.com

Meredith B. Stewart
Louisiana Bar No. 34109
SOUTHERN POVERTY LAW CENTER
1055 St. Charles Ave., # 505
New Orleans, LA 70130

504-486-8982
Fax: 504-486-8947
meredith.stewart@splcenter.org

Daniel Werner (*pro hac vice*)
Georgia Bar No. 422070
Immigrant Justice Project
SOUTHERN POVERTY LAW CENTER
233 Peachtree Street, Suite 2150
Atlanta, Georgia 30303
Telephone: (404) 521-6700
Facsimile: (404) 221-5857
daniel.werner@splcenter.org

CERTIFICATE OF SERVICE

      I hereby certify that on December 31, 2014, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to non-CM/ECF participants.


  /s/ Michael S. Bullerman
Counsel for Plaintiffs