UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KURIAN DAVID, et al., | CIVIL ACTION No. 08-1220 |
| Plaintiffs | |
| VERSUS | |
| SIGNAL INTERNATIONAL, LLC, et al., | SECTION "E" |
| Defendants | |

Related Cases:

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CIVIL ACTION No.12 557 |
| Plaintiff | |
| VERSUS | |
| SIGNAL INTERNATIONAL, LLC, et al., | SECTION "E" |
| Defendants | |
| LAKSHMANAN PONNAYAN ACHARI, et al., | CIVIL ACTION NO. 13-6218 |
| Plaintiffs | (c/w 13-6219, 13-6220, 13-6221, 14-472, 14-1818) |
| VERSUS | |
| SIGNAL INTERNATIONAL, LLC, et al., | SECTION "E" |
| Defendants | |

Related Case:

| | |
|---|---|
| REJI SAMUEL, et al., | CIVIL ACTION No.14-2811 |
| Plaintiffs | |
| VERSUS | SECTION "E |
| SIGNAL INTERNATIONAL, LLC, et al., | |
| Defendants | |

1

Related Case:

BIJU MAKRUKKATTU JOSEPH, et al.,                                CIVIL ACTION No. 14-2826
                          Plaintiffs

VERSUS                                                                              SECTION "E"

SIGNAL INTERNATIONAL, LLC, et al.,
                          Defendants

**Applies To:  *David,* 08-1220; *Thomas,* 14-1818; *Samuel,* 14-2811; *Joseph,* 14-2826**

# ORDER

Considering the foregoing motion;

IT IS ORDERED that the Dewan Defendants' Motion to Join in the Burnett Defendants'

Motion for Summary Judgment seeking dismissal of Signal's cross claims against the Dewan

Defendants with prejudice on res judicata and/or collateral estoppel grounds is hereby

GRANTED.

New Orleans, Louisiana this 6th day of May, 2015.


_____
HONORABLE SUSIE MORGAN
UNITED STATES DISTRICT JUDGE