UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KURIAN DAVID, et al.,**<br>    **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **No. 08-1220** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>    **Defendants** | **SECTION "E"** |

*Related Cases:*

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br>    **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **No. 12-557** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>    **Defendants** | **SECTION "E"** |

| | |
|---|---|
| **LAKSHMANAN PONNAYAN ACHARI, et al.,**<br>    **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **No. 13-6218**<br>    (c/w 13-6219, 13-6220, 13-6221, 14-732, 14-1818) |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>    **Defendants** | **SECTION "E"** |

1

| | |
|---|---|
| **REJI SAMUEL, et al.,**<br>      Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **No. 14-2811**<br> c/w 14-2826,<br>     15-2295, 15-2296<br>     15-2297 |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>      Defendants | **SECTION "E"** |

*Applies to*:  *Achari v. Signal (13-6218; Dewan Defendants ONLY)*

## ORDER OF DISMISSAL

Considering the foregoing Joint Motion for Conditional Dismissal as against Defendants Sachin Dewan and Dewan Consultants Pvt. Ltd (the "Dewan Defendants");[1]

**IT IS ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that this action be and is hereby dismissed as against the Dewan Defendants, without costs and without prejudice to the right, upon good cause shown, within 60 days, to reopen the action if the settlement is not consummated. In addition, the Court specifically retains jurisdiction to enforce the settlement agreement if settlement is not consummated within 60 days. *See* Fed. R. Civ. P. 41(a)(2); *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

---

[1] R. Doc. 712.

**New Orleans, Louisiana, this 16th day of December, 2015.**

_____
**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**