UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KURIAN DAVID, et al.,<br>    Plaintiffs | CIVIL ACTION No. 08-1220 |
| VERSUS | |
| SIGNAL INTERNATIONAL, LLC, et al.,<br>    Defendants | SECTION "E" |

Related Cases:

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY<br>COMMISSION,<br>    Plaintiff | CIVIL ACTION NO. 12 557 |
| VERSUS | |
| SIGNAL INTERNATIONAL, LLC, et al.,<br>    Defendants | SECTION "E" |

| | |
|---|---|
| LAKSHMANAN PONNAYAN ACHARI, et al.,<br>    Plaintiffs    (c/w 13-6219, 13-6220,<br>              13-6221, 14-472, 14-1818) | CIVIL ACTION NO. 13-6218 |
| VERSUS | |
| SIGNAL INTERNATIONAL, LLC, et al.,<br>    Defendants | SECTION "E" |

Related Case:

| | |
|---|---|
| REJI SAMUEL, et al.,<br>    Plaintiffs | CIVIL ACTION NO. 14-2811 |
| VERSUS | SECTION "E |
| SIGNAL INTERNATIONAL, LLC, et al.,<br>    Defendants | |

1

Related Case:

BIJU MAKRUKKATTU JOSEPH, et al.,   CIVIL ACTION No. 14-2826
    Plaintiffs

VERSUS   SECTION "E"

SIGNAL INTERNATIONAL, LLC, et al.,
    Defendants

Applies to:  *All Cases*

# JUDGMENT

On August 5, 2016, this Court entered an Order directing plaintiffs Srinivasa Reddy Dalli and Venkata Satya Sivagi Rao Talabathulla, two absent plaintiffs to the settlement in principle reached by plaintiffs and the Dewan Defendants, to communicate with their respective counsel and/or or this Court and advise whether they would be participating in the pending settlement. (Case No. 08-01220, R. Doc. 2630). The Order further ordered that failure of these plaintiffs to communicate with their counsel and/or this Court would result in the immediate dismissal with prejudice of all pending claims these plaintiffs had against the Sachin Dewan and Dewan Consultants Pvt. Ltd. (the "Dewan Defendants") for failure to prosecute this case pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Counsel for plaintiffs and the Dewan Defendants have conferred about the status of these two absent plaintiffs.  Counsel for plaintiffs has confirmed that these two absent plaintiffs have failed to communicate with them concerning whether they wished to participate in the settlement.  The record is devoid of any indication that these plaintiffs have communicated with this Court about their desire to participate in the settlement.

Considering the foregoing;

IT IS ORDERED, ADJUDGED, AND DECREED that any and all causes of action and/or claims plaintiffs Srinivasa Reddy Dalli and Venkata Satya Sivagi Rao Talabathulla had, or may have had, against Sachin Dewan and/or Dewan Consultants Pvt. Ltd. in this Court are hereby dismissed with prejudice for failure to prosecute their claims pursuant to Rule 41 of the Federal Rules of Civil Procedure.

NEW ORLEANS, LOUISIANA this 29th day of December, 2016.

_____
HONORABLE SUSIE MORGAN
UNITED STATES DISTRICT JUDGE