UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LAKSHMANAN PONNAYAN ACHARI, et al.,**<br>　　　　　　　　　　**Plaintiffs,**<br><br>　　v.<br><br>**SIGNAL INTERNATIONAL, LLC, et al.,**<br>　　　　　　　　　　**Defendants.** | **CIVIL ACTION**<br><br>**No. 13-6218 (c/w 13-6219, 13-6220, 13-6221, 14-732, 14-1818)**<br><br>**Section "E"** |
| **Related Cases:**<br><br>**KURIAN DAVID, et al,,**<br>　　　　　　　　　　**Plaintiffs,**<br><br>　　v.<br><br>**SIGNAL INTERNATIONAL, LLC, et al.,**<br>　　　　　　　　　　**Defendants.** | **CIVIL ACTION**<br><br>**No. 08-1220**<br><br>**Section "E"** |
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br>　　　　　　　　　　**Plaintiff,**<br><br>　　v.<br><br>**SIGNAL INTERNATIONAL, LLC, et al.,**<br>　　　　　　　　　　**Defendants.** | **CIVIL ACTION**<br><br>**No. 12-557**<br><br>**Section "E"** |

**Applies To: No. 13-6218 (c/w 13-6219, 13-6220, 13-6221, 14-732, 14-1818)**

## ORDER

Considering the foregoing Joint Motion for Order of Dismissal with Prejudice as against Malvern C. Burnett, the Law Offices of Malvern C. Burnett, PLC, and the Gulf Coast Immigration Law Center (the "Burnett Defendants"),

IT IS ORDERED that the motion is GRANTED;

IT IS FURTHER ORDERED that all claims asserted by the Joint Plaintiffs[1] against the Burnett Defendants in the Related Cases are hereby dismissed with prejudice, with the parties to bear their own respective costs.

New Orleans, Louisiana this 7th day of April, 2017.

_____
HONORABLE SUSIE MORGAN
UNITED STATES DISTRICT JUDGE

---

[1] The "Joint Plaintiffs" includes the plaintiffs in the following civil actions: *Achari v. Signal*, No. 13-6218 (c/w *Chakkiyattil v. Signal*, 13-6219; *Krishnakutty v. Signal*, 13-6220; *Devassy v. Signal*, 13-6221; *Singh v. Signal*, 14-732; *Thomas v. Signal*, 14-1818); *David v. Signal*, No. 08-1220 (together, the "Related Cases").