UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LAKSHMANAN PONNAYAN ACHARI, et al.,**<br>                                  **Plaintiffs,**<br>v.<br><br>**SIGNAL INTERNATIONAL, LLC, et al.,**<br>                                  **Defendants.** | **CIVIL ACTION**<br><br>**No. 13-6218 (c/w 13-6219, 13-6220, 13-6221, 14-732, 14-1818)**<br><br>Section "E" |
| **Related Cases:**<br><br>**KURIAN DAVID, et al,,**<br>                                  **Plaintiffs,**<br>v.<br><br>**SIGNAL INTERNATIONAL, LLC, et al.,**<br>                                  **Defendants.** | **CIVIL ACTION**<br><br>**No. 08-1220**<br><br>Section "E" |
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br>                                  **Plaintiff,**<br>v.<br><br>**SIGNAL INTERNATIONAL, LLC, et al.,**<br>                                  **Defendants.** | **CIVIL ACTION**<br><br>**No. 12-557**<br><br>Section "E" |

**Applies To: No. 13-6218 (c/w 13-6219, 13-6220, 13-6221, 14-732, 14-1818); No. 08-1220**

### ORDER

The Court having considered the foregoing Joint Motion for Extension of the Period to Reopen Proceedings,

**IT IS ORDERED** that the motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the period during which, upon good cause shown, this action may be reopened if the settlement between the Joint Plaintiffs and the Dewan Defendants is not consummated, as described in the Order of Partial Dismissal entered on April 7, 2017 (R.D. 782), is extended until on or before October 1, 2018.

2

**IT IS FURTHER ORDERED** that pursuant to *Kokkonen v. Guardian Life*, 511 U.S. 375, 381-82 (1994), and *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002), this Court will continue to retain jurisdiction to enforce the settlement agreement and the sealed filing entered by the Dewan Defendants as part of such settlement agreement in *David v. Signal Int'l, LLC*, No. 08-1220, on April 6, 2017.

**New Orleans, Louisiana, this 2nd day of August, 2018.**

_____
DISTRICT COURT JUDGE